| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| John J. Edmonds (State Bar No. 274200)<br>COLLINS EDMONDS POGORZELSKI<br>SCHLATHER & TOWER, PLLC<br>1851 East First Street, Suite 900<br>Santa Ana, California 92705<br>Telephone: (951) 708-1237<br>Facsimile: (951) 824-7901 | FILED<br>2012 OCT -2  AM 11:41<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>SANTA ANA<br>BY_____ |
| ATTORNEYS FOR: DIGITECH IMAGE TECHNOLOGIES, LLC | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff(s),<br>v.<br><br>NEWEGG, INC. and NEWEGG.COM, INC.<br><br>Defendant(s) | CASE NUMBER:<br>SACV12 - 01688 JVS (MLGx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  DIGITECH IMAGE TECHNOLOGIES, LLC
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

|      PARTY      |     CONNECTION     |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| DIGITECH IMAGE TECHNOLOGIES, LLC | PLAINTIFF |
| NEWEGG, INC.<br>NEWEGG.COM, INC. | DEFENDANT<br>DEFENDANT |



_____          _____
Date                             Sign

                                 Attorney of record for or party appearing in pro per

CV-30 (04/10)                    NOTICE OF INTERESTED PARTIES