# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Digitech Image Technologies LLC <br><br> Plaintiff(s), <br><br> v. <br><br> Newegg Inc et al <br><br> Defendant(s). | CASE NUMBER: <br><br> SACV12-01688 JVS (MLGx) <br><br> **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05** <br> ( Related Cases) |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 08-05.

**OCT 1 2 2012**
_____          _____
Date                                             Otis D. Wright, II
                                                      *United States District Judge*

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

_____          _____
*Date*                                           *United States District Judge*

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _____ SACV12-01153 ODW (MRWx) _____ and the present case:

☐ A.   Arise from the same or closely related transactions, happenings or events; or

☑ B.   Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C.   For other reasons would entail substantial duplication of labor if heard by different judges; or

☑ D.   Involve the same patent, trademark or copyright, *and* one of the factors identified above in a, b or c also is present.

☐ E.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge____ Marc L. Goldman ____ to Magistrate Judge____ Michael R. Wilner ____.

On all documents subsequently filed in this case, please substitute the initials ___ ODW (MRWx) ___ after the case number in place of the initials of the prior judge, so that the case number will read ___ SACV12-01688 ODW (MRWx) ___. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☑ Western   ☐ Southern   ☐ Eastern Division.

**Traditionally filed subsequent documents must be filed at the   ☑ Western   ☐ Southern   ☐ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**

*cc:* ☑ *Previous Judge*      ☑ *Statistics Clerk*

CV-34 (05/08)                    **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 ( Related Cases)**