UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No.: | SA CV 12-01688-ODW (MRWx) | Date: | October 17, 2012 |
| Title: | Digitech Image Technologies LLC v. Newegg Inc et al | | |

| | | |
|---|---|---|
| Present: The Honorable: | Otis D. Wright II, United States District Judge | |
| Sheila English | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Not Present                                                              Not Present

Proceedings (In Chambers):   **Case Reassigned to Judge Wright**

This action has been reassigned to the Honorable Otis D. Wright II, United States District Judge.  The magistrate judge's assignment has been changed to the Honorable Michael R. Wilner.

Please substitute the initials **ODW(MRWx)** in place of the initials JVS (MLGx).  The case number will now read: **SA CV 12-01688- ODW(MRWx)**.  Henceforth, it is imperative that the initials **ODW(MRWx)** be used on all documents to prevent delays in the processing of documents.

The Courtroom Deputy Clerk for Judge Wright is Sheila English.  She can be reached at (213) 894-8266.  Judge Wright's courtroom is located on the Spring Street level of the Spring Street Courthouse, Courtroom 11.  Additional information about Judge Wright's procedures can be found on the Court's website at www.cacd.uscourts.gov > Judges Procedures & Schedules.

|  | ---- | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | se | |