Annette Kazmerski (SBN 211364)
Annette.A.Kazmerski@newegg.com
Newegg Inc.
16839 East Gale Avenue
City of Industry, California 91745
Telephone (626) 271-9700
Facsimile (626) 271-9480

Attorney for Defendants
**NEWEGG INC. and NEWEGG.COM INC.**
and Counter-Plaintiff **NEWEGG INC.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Digitech Image Technologies, LLC,<br><br>       Plaintiff,<br><br>   vs.<br><br>Newegg Inc. and Newegg.com Inc.,<br><br>       Defendants,<br><br>Newegg Inc.,<br><br>       Counter-Plaintiff,<br><br>   vs.<br><br>Digitech Image Technologies, LLC, and Acacia Research Corporation,<br><br>       Counter-Defendants. | Case No.:  SA CV 12-01688 ODW (MRWx)<br><br>Notice of Appearance of Counsel for Defendants Newegg Inc. and Newegg.com Inc. |

Defendants Newegg Inc. and Newegg.com Inc. and Counter-Plaintiff Newegg Inc, notifies the Court and the Plaintiff of the appearance of Annette Kazmerski, of Newegg Inc. as counsel on their behalf.  Defendants and Counter-

Plaintiff respectfully request that Ms. Kazmerski, who is enrolled in the Court's CM/ECF system and whose contact information is set forth below, be included on the Court's and Plaintiff's service lists.

Annette Kazmerski
Newegg Inc.
16839 East Gale Avenue
City of Industry, California 91745
Telephone (626) 271-9700
Facsimile (626) 271-9480
Annette.A.Kazmerski@newegg.com

October 25, 2012

        /s/ Annette Kazmerski
Annette Kazmerski, SBN 211364
Newegg Inc.
16839 East Gale Avenue
City of Industry, CA 91745
Telephone (626) 271-9700
Facsimile (626) 271-9480
Annette.A.Kazmerski@newegg.com

Attorney for Defendants Newegg Inc.
and Newegg.com Inc.
and Counter-Plaintiff Newegg Inc.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on this 25th day of October, 2012, via the Court's CM/ECF system.

/s/ Annette Kazmerski
Attorney for Defendants Newegg
Inc. and Newegg.com Inc.
and Counter-Plaintiff Newegg Inc.
