Annette Kazmerski (SBN 211364)
    Annette.A.Kazmerski@newegg.com
Newegg Inc.
16839 East Gale Avenue
City of Industry, California 91745
Telephone (626) 271-9700
Facsimile (626) 271-9480

Attorney for Defendants
**NEWEGG INC. and NEWEGG.COM INC.**
and Counter-Plaintiff **NEWEGG INC.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Digitech Image Technologies, LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>Newegg Inc. and Newegg.com Inc.,<br><br>    Defendants,<br><br>Newegg Inc.,<br><br>    Counter-Plaintiff,<br><br>  vs.<br><br>Digitech Image Technologies, LLC, and Acacia Research Corporation,<br><br>    Counter-Defendants. | Case No.: SA CV 12-01688 ODW (MRWx)<br><br>Defendants Newegg Inc. and Newegg.com Inc. and Counter-Plaintiff Newegg Inc. Corporate Disclosure Statement |

Pursuant to Fed. R. Civ. P. 7.1, Defendant and Counter-Plaintiff Newegg Inc., through its attorneys, hereby submits that it has no parent corporation, and that no publicly held corporation owns 10% or more stock in Newegg Inc.

Defendant Newegg.com Inc. was merged into Newegg Inc. on September 8, 2009 and therefore no longer exists as a separate entity.

Dated this 25th day of October, 2012

/s/ Annette Kazmerski

Annette Kazmerski, SBN 211364
Newegg Inc.
16839 East Gale Avenue
City of Industry, CA 91745
Telephone (626) 271-9700
Facsimile (626) 271-9480
Annette.A.Kazmerski@newegg.com

Attorney for Defendants Newegg Inc.
and Newegg.com Inc.
and Counter-Plaintiff Newegg Inc.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on this 25th day of October, 2012, via the Court's CM/ECF system.

/s/ Annette Kazmerski  
Attorney for Defendants Newegg Inc.  
and Newegg.com Inc.  
and Counter-Plaintiff Newegg Inc.
