| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER <br><br> Annette Kazmerski (SBN 211364) <br> Annette.A.Kazmerski@newegg.com <br> Newegg Inc. <br> 16839 East Gale Avenue <br> City of Industry, California 91745 <br> Telephone(626) 271-9700 <br> Facsimile (626) 271-9480 <br><br> ATTORNEYS FOR: Newegg Inc. and Newegg.com Inc. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC <br><br> Plaintiff(s), <br> v. <br> NEWEGG INC. and NEWEGG.COM INC. <br><br> Defendant(s) | CASE NUMBER: <br><br> SA CV 12-01688-ODW (MRWx) <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Newegg Inc. and Newegg.com Inc.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                                 **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Other than the parties named in this litigation,
Newegg Inc. and Newegg.com Inc. are not aware
of any other Interested Parties at this time.

Please note, Newegg.com Inc. merged into Newegg Inc. in
September 2009. Newegg.com Inc. therefore no longer exists as
a separate entity.


October 25, 2012
Date                                                                       Sign

                                                                           /s/ Annette Kazmerski for Newegg Inc. and Newegg.com Inc.
                                                                           Attorney of record for or party appearing in pro per