Name & Address:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER: |
|---|---|
| PLAINTIFF(S)  v. | |
| DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing,

and will therefore be manually filed (**LIST DOCUMENTS**):
Defendants Newegg Inc. and Newegg.com Inc's Answer and Affirmative Defenses and
Newegg Inc.'s Counterclaims

**Document Description:**

☐　Administrative Record

☐　Exhibits

☐　Ex Parte Application for authorization of investigative, expert, or other services pursuant to the
　　Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]

☐　Other

**Reason:**

☐　Under Seal

☐　Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐　Electronic versions are not available to filer

☐　Per Court order dated _____

☐　Manual Filing required ( *reason* ):

_____
Date

_____
Attorney Name

_____
Party Represented

*Note:   File one Notice of Manual Filing in each case, each time you manually file document(s).*