AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Digitech Image Technologies, LLC <br><br> *Plaintiff(s)* <br> v. <br> Newegg Inc. and Newegg.com Inc. <br><br> and counter-claims (see attached) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. SACV12-01688 ODW (MRWx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Acacia Research Corporation c/o Paul R. Ryan
500 Newport Center Dr., 7th Floor
Newport Beach, CA 92660

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Annette Kazmerski, Esq.
Newegg Inc.
16839 East Gale Avenue
City of Industry, California 91745

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 25 2012

*Ann M. Martinez*
Signature of Clerk or Deputy Clerk

1197

Annette Kazmerski (SBN 211364)
Annette.A.Kazmerski@newegg.com
Newegg Inc.
16839 East Gale Avenue
City of Industry, California 91745
Telephone (626) 271-9700
Facsimile (626) 271-9480

Attorney for Defendants
**NEWEGG INC. and NEWEGG.COM INC.**
and Counter-Plaintiff **NEWEGG INC.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Digitech Image Technologies, LLC, <br> Plaintiff, <br> vs. <br> Newegg Inc. and Newegg.com Inc., <br> Defendants, <br> Newegg Inc., <br> Counter-Plaintiff, <br> vs. <br> Digitech Image Technologies, LLC, and Acacia Research Corporation, <br> Counter-Defendants. | Case No.: Civil Action No. SACV12-01688 ODW (MRWx) <br><br> Defendants Newegg Inc. and Newegg.com Inc.'s Answer and Affirmative Defenses to Complaint for Infringement of U.S. Patent No. 6,128,415 and Newegg Inc.'s Counterclaims to Counter-Defendants Digitech Image Technologies, LLC and Acacia Research Corporation <br><br> **Demand for Jury Trial** |