# UNITED STATES DISCRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| Plaintiff(s) v. Defendant(s). | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of _____ , of  The Webb Law Firm, One Gateway Center _____
     *Applicant's Name*             *Firm Name / Address*

_____        _____
  *Telephone Number*               *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff    ☐ Defendant
☐ Intervener or other interested person _____

and the designation of _____
           *Local Counsel Designee /State Bar Number*

of _____
     *Local Counsel Firm / Address*

_____        _____
  *Telephone Number*               *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED.  Fee shall be returned by the Clerk.
☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____        _____
                                       U. S. District Judge/U.S. Magistrate Judge