

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

**Cecilia Rose Dickson, Esq.**

#### DATE OF ADMISSION

**October 29, 2002**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 31, 2012

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk