# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s),<br>v.<br><br>Defendant(s). | CASE NUMBER:<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of _____, of __The Webb Law Firm, One Gateway Center_____
       *Applicant's Name*              *Firm Name / Address*

_____            _____
     *Telephone Number*                    *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff   ☐ Defendant

☐ Intervener or other interested person _____

and the designation of _____
                         *Local Counsel Designee /State Bar Number*

of _____
      *Local Counsel Firm / Address*

_____            _____
     *Telephone Number*                    *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED.  Fee shall be returned by the Clerk.

☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____            _____
                                          U. S. District Judge/U.S. Magistrate Judge