

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Kent E. Baldauf Jr., Esq.

#### DATE OF ADMISSION

#### January 11, 1994

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 31, 2012

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk