Name & Address:
Annette Kazmerski (SBN 211364)
Annette.A.Kazmerski@newegg.com
Newegg Inc.
16839 East Gale Avenue
City of Industry, California 91745
Telephone (626) 271-9700 Facsimile (626) 271-9480

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC<br><br>Plaintiff(s)<br>v.<br><br>NEWEGG INC. and NEWEGG.COM INC.<br><br>Defendant(s). | CASE NUMBER:<br><br>SA CV 12-01688-ODW (MRWx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of **Cecilia R. Dickson**, of **The Webb Law Firm, One Gateway Center, 420 Ft. Duquesne Blvd., Suite 1200, Pittsburgh, PA 15222**

*Applicant's Name* — *Firm Name / Address*

**412-471-8815**              **cdickson@webblaw.com**
*Telephone Number*              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff  ☒ Defendant

☐ Intervener or other interested person _____

and the designation of **Annette Kazmerski (SBN 211364)**
*Local Counsel Designee / State Bar Number*

of **Newegg Inc., 16839 East Gale Avenue, City of Industry, California 91745**
*Local Counsel Firm / Address*

**(626) 271-9700**              **Annette.A.Kazmerski@newegg.com**
*Telephone Number*              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated  11-27-12                              _____
                                             U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (11/10)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE