Name & Address:
Annette Kazmerski (SBN 211364)
Annette.A.Kazmerski@newegg.com
Newegg Inc.
16839 East Gale Avenue
City of Industry, California 91745
Telephone (626) 271-9700 Facsimile (626) 271-9480

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DIGITECH IMAGE TECHNOLOGIES, LLC | CASE NUMBER: |
|---|---|
| Plaintiff(s) | SA CV 12-01688-ODW (MRWx) |
| v. | |
| NEWEGG INC. and NEWEGG.COM INC. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of <u>Kent E. Baldauf, Jr.</u>, of <u>The Webb Law Firm, One Gateway Center, 420 Ft. Duquesne Blvd., Suite 1200, Pittsburgh, PA 15222</u>
    *Applicant's Name*                    *Firm Name / Address*

<u>412-471-8815</u>                    <u>kbaldaufjr@webblaw.com</u>
*Telephone Number*                *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant
☐ Intervener or other interested person _____

and the designation of <u>Annette Kazmerski (SBN 211364)</u>
           *Local Counsel Designee /State Bar Number*

of <u>Newegg Inc., 16839 East Gale Avenue, City of Industry, California 91745</u>
           *Local Counsel Firm / Address*

<u>(626) 271-9700</u>           <u>Annette.A.Kazmerski@newegg.com</u>
*Telephone Number*            *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated <u>11-27-12</u>              _____
                                    U. S. District Judge/U.S. Magistrate Judge