Annette Kazmerski
annette.a.kazmerski@newegg.com
SBN 211364
Newegg Inc.
16839 East Gale Avenue
City of Industry, California 91745
Telephone (626) 271-9700
Facsimile (626) 271-9480

Kent. E. Baldauf, Jr.
kbaldaufjr@webblaw.com
Cecilia R. Dickson
cdickson@webblaw.com
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd.
Suite 1200
Pittsburgh, PA 15222
Telephone (412) 471-8815
Facsimile (412) 471-4094

Attorneys for Defendants
Newegg Inc. and Newegg.com Inc.
and Counter-Plaintiff Newegg Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Digitech Image Technologies, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>Newegg Inc. and Newegg.com Inc.,<br><br>    Defendants,<br><br>Newegg Inc.,<br><br>    Counter-Plaintiff,<br><br>vs.<br><br>Digitech Image Technologies, LLC,<br><br>and Acacia Research Corporation,<br><br>    Counter-Defendants. | Case No.: SACV12-01688 ODW (MRWx)<br><br>DEFENDANT AND COUNTER-PLAINTIFF NEWEGG INC. AND DEFENDANT NEWEGG.COM INC.'S NOTICE OF MOTION AND MOTION TO STAY THIS PROCEEDING IN ITS ENTIRETY<br><br>Honorable Otis D. Wright, II<br><br>Hearing Date: January 14, 2013<br>Hearing Time: 1:30 p.m.<br>Location: Courtroom 11, Spring Street |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on January 14, 2013 at 1:30 p.m., or as soon as thereafter as the matter may be heard, in Courtroom 11 of the United States District Court for the Central District of California, Western Division, located at 312 North Spring Street, Los Angeles, California 90012, the Honorable Otis D. Wright presiding Newegg Inc. and Newgg.com Inc. (collectively, "Newegg") will and hereby do move the Court for an order to stay this case in its entirety.

This motion is based on the Notice of Motion, the accompanying memorandum of points and authority, and the supporting Declaration of Gerard Medenilla filed herewith.  This motion is brought because Newegg, as a retailer, is only peripheral or secondary to Digitech's case against the digital camera manufacturers.  Newegg is not familiar with the detailed technical workings of the accused cameras.  Newegg does not have control, possession or access to the technical documents and information needed to defend against patent infringement allegations and is not in a position to defend the accused digital cameras which are designed and manufactured by the digital camera manufactures.[1]

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place telephonically on September 18, 2012, followed by an exchange of emails on September 26, 2012 and November 15, 2012.

---

[1] All of the digital camera manufacturers are in parallel proceedings pending before this Court.

Dated this 14<u>th</u> day of December, 2012

/s/ Cecilia R. Dickson

Annette Kazmerski
annette.a.kazmerski@newegg.com
SBN 211364
Newegg Inc.
16839 East Gale Avenue
City of Industry, California 91745
Telephone (626) 271-9700
Facsimile (626) 271-9480

Kent E. Baldauf, Jr.
kbaldaufjr@webblaw.com
Cecilia R. Dickson
cdisckson@webblaw.com
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd.
Suite 1200
Pittsburgh, PA 15222

Attorneys for Defendants
Newegg Inc. and Newegg.com Inc.
and Counter-Plaintiff Newegg Inc.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of DEFENDANT AND COUNTER-PLAINTIFF NEWEGG INC. AND DEFENDANT NEWEGG.COM INC.'S NOTICE OF MOTION AND MOTION TO STAY THIS PROCEEDING IN ITS ENTIRETY has been served via the Court's CM/ECF system to all counsel of record on this 14th day of December, 2012.

A true and correct copy of DEFENDANT AND COUNTER-PLAINTIFF NEWEGG INC. AND DEFENDANT NEWEGG.COM INC.'S NOTICE OF MOTION AND MOTION TO STAY THIS PROCEEDING IN ITS ENTIRETY has been served on the following via first-class mail on this 14th day of December, 2012:

Acacia Research Corporation
500 Newport Center Drive
7th Floor
Newport Beach, CA 92660

/s/ Cecilia R. Dickson
Attorney for Defendants Newegg Inc. and Newgg.com Inc. and Counter-Plaintiff Newegg Inc.