UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Digitech Image Technologies, LLC,<br><br>        Plaintiff,<br><br>  vs.<br><br>Newegg Inc. and Newegg.com Inc.,<br><br>        Defendants,<br><br>Newegg Inc.,<br><br>        Counter-Plaintiff,<br><br>  vs.<br><br>Digitech Image Technologies, LLC, and Acacia Research Corporation,<br><br>        Counter-Defendants. | Case No.: SACV12-01688 ODW (MRWx)<br><br>{PROPOSED} ORDER GRANTING DEFENDANT AND COUNTER-PLAINTIFF NEWEGG INC. AND DEFENDANT NEWEGG.COM INC.'S MOTION TO STAY THIS PROCEEDING IN ITS ENTIRETY<br><br>Honorable Otis D. Wright, II |

**ORDER**

1  
2     The Court, having considered the papers and the arguments of counsel, finds  
3 that Newegg Inc. and Newegg.com Inc.'s Motion to Stay this Proceeding in its  
4 Entirety, is Granted.  
5     Accordingly, it is hereby **ORDERED** that Newegg Inc. and Newegg.com  
6 Inc.'s Motion is **GRANTED** and the case against Newegg Inc. and Newegg.com  
7 Inc. is stayed in its entirety.  
8 SO **ORDERED**  
9  
10 Dated: _____      _____  
11                                             HONORABLE OTIS D. WRIGHT II  
                                               UNITED STATED DISTRICT JUDGE  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28