Annette Kazmerski
annette.a.kazmerski@newegg.com
SBN 211364
Newegg Inc.
16839 East Gale Avenue
City of Industry, California 91745
Telephone (626) 271-9700
Facsimile (626) 271-9480

Kent. E. Baldauf, Jr.
kbaldaufjr@webblaw.com
Cecilia R. Dickson
cdickson@webblaw.com
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd.
Suite 1200
Pittsburgh, PA 15222
Telephone (412) 471-8815
Facsimile (412) 471-4094

Attorney for Defendants
**NEWEGG INC. and NEWEGG.COM INC.**
and Counter-Plaintiff **NEWEGG INC.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Digitech Image Technologies, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> Newegg Inc. and Newegg.com Inc., <br><br> Defendants, <br><br> Newegg Inc., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> Digitech Image Technologies, LLC, <br><br> and Acacia Research Corporation, <br><br> Counter-Defendants. | Case No.: SACV12-01688 ODW (MRWx) <br><br> GERARD MEDENILLA'S DECLARATION IN SUPPORT OF NEWEGG INC. AND NEWEGG.COM INC.'S MOTION TO STAY THIS PROCEEDING IN ITS ENTIRETY <br><br> Honorable Otis D. Wright, II <br><br> Hearing Date:  January 14, 2013 <br> Hearing Time:  1:30 p.m. <br> Location:  Courtroom 11, Spring Street |

1

I, Gerard Medenilla, declare as follows:

1.   I am the Category Manager for Digital Camera at Newegg Inc. "Newegg". I have held this position since December 4, 2012. Before becoming Category Manager for Digital Camera Category, I was a Buyer for Mobile Hardware at Newegg for 5 years.

2.   My primary responsibility as Category Manager includes overseeing the purchase and sales of digital cameras for Newegg.

3.   I am personally familiar with Newegg's purchasing and sales of digital cameras.

4.   I understand that Newegg has been accused of patent infringement in this litigation for selling Canon, Nikon, Sony, Panasonic, Olympus, Pentax, Fujifilm, Agfaphoto and Vivitar cameras. Newegg purchases cameras directly from Canon, Nikon, Sony, Panasonic, Olympus, Pentax, Fujifilm, Agfaphoto, and Vivitar and/or distributors of those products and resells the digital cameras to customers as is.

5.   Newegg does not alter the internal operations, functional attributes, or technical specifications of these cameras.

6.   Newegg has no input or control over the design, development or manufacture of the accused cameras.

7.   Newegg does not have substantive knowledge regarding the internal operations of the accused cameras.

8.   Newegg does not have possession, control or access to the proprietary documents of the camera manufacturers that describe the operational attributes and technical specifications of the accused cameras.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

PAGE 15 of
MEMORANDUM

Executed this <u>14</u><sup>th</sup> day of December, 2012 [in City of Industry, Ca]

12/14/12

Gerard Medenilla
Person

PAGE 16 of
MEMORANDUM