John J. Edmonds (State Bar No. 274200)
jedmonds@cepiplaw.com
COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1851 East First Street, Suite 900
Santa Ana, California 92705
Telephone: (951) 708-1237
Facsimile: (951) 824-7901

Attorney for Plaintiff,
**DIGITECH IMAGE TECHNOLOGIES, LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>     Plaintiff,<br>   v.<br><br>NEWEGG INC. and NEWEGG.COM INC.,<br><br>     Defendants. | CASE NO. SACV12-01688-ODW(MRWx)<br><br>**PLAINTIFF'S OPPOSITION TO NEWEGG'S MOTION TO STAY THIS PROCEEDING IN ITS ENTIRETY**<br><br>Date: Jan. 14, 2013<br>Time: 1:30 p.m.<br>Courtroom 11<br><br>Judge: Hon. Otis D. Wright, II |

Plaintiff, Digitech Image Technologies, LLC responds in opposition to the Motion to Stay This Proceeding in Its Entirety (Dkt. No. 24) filed by Defendants NewEgg Inc. and NewEgg.com Inc., as set forth in the papers in support of this opposition, filed concurrently herewith.

This opposition is based on the accompanying Memorandum of Points and Authorities, all records and papers on file in this action, and any evidence and/or oral argument offered at any hearing on this Motion.

December 24, 2012

Respectfully submitted,

/s/ John J. Edmonds
John J. Edmonds
COLLINS EDMONDS POGORZELSKI SCHLATHER & TOWER, PLLC

Attorney for Plaintiff
DIGITECH IMAGE TECHNOLOGIES, LLC

# CERTIFICATE OF SERVICE

I, John J. Edmonds, declare as follows:

I am over the age of eighteen years and am not a party to this action. I am employed at the law firm of Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC and I am a member of the bar of this Court. I hereby certify that on December 24, 2012 the following document was transmitted via the Court's Electronic Case Filing (ECF) system:

**PLAINTIFF'S OPPOSITION TO NEWEGG'S MOTION TO STAY THIS PROCEEDING IN ITS ENTIRETY**

I further certify that the attached document was sent on December 24, 2012 via the Court's Electronic Case Filing (ECF) system to all counsel of record in this action.

December 24, 2012                               Respectfully Submitted,


/s/ John J. Edmonds
John J. Edmonds – LEAD COUNSEL
E-mail: jedmonds@cepiplaw.com

ATTORNEY FOR DIGITECH
IMAGE TECHNOLOGIES, LLC.