UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br>  v.<br><br>NEWEGG INC. and NEWEGG.COM INC.,<br><br>    Defendants. | CASE NO. SACV12-01688-ODW(MRWx)<br><br>**[PROPOSED] ORDER DENYING NEWEGG'S MOTION TO STAY THIS PROCEEDING IN ITS ENTIRETY** |

    CAME BEFORE THE COURT the Motion to Stay This Proceeding in Its Entirety (Dkt. No. 24) filed by Defendants NewEgg Inc. and NewEgg.com Inc. Upon consideration of the Motion, the Response and the other papers on file, the Motion is hereby **DENIED**.

    It is **SO ORDERED**.


Dated: _____, 20\_\_        By:_____
                                                        United States District Judge