1  KARLA J. KRAFT (SB# 205530)
   Email: kkraft@hbwllp.com
2  ASHLEY MERLO (SB# 247997)
   Email: amerlo@hbwllp.com
3  HODEL BRIGGS WINTER LLP
   8105 Irvine Center Drive, Suite 1400
4  Irvine, California 92618
   Telephone: (949) 450-8040
5  Facsimile: (949) 450-8033

6  Attorneys for Counter-Defendant
   ACACIA RESEARCH CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NEWEGG INC. and NEWEGG.COM INC.,<br><br>Defendants, | CASE NO.: SACV12-01688 ODW (MRWx)<br><br>**ACACIA RESEARCH CORPORATION'S CERTIFICATE OF INTERESTED PARTIES**<br><br>Complaint Filed: October 2, 2012<br>Trial Date: Not Set |
|---|---|
| NEWEGG INC.,<br><br>Counter-Plaintiff,<br><br>vs.<br><br>DIGITECH IMAGE TECHNOLOGIES, LLC, and ACACIA RESEARCH CORPORATION,<br><br>Counter-Defendants. | |

137757

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1., the undersigned counsel of record for defendant Acacia Research Corporation hereby certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Acacia Research Corporation. Acacia Research Corporation has no parent company. It is a publicly traded company listed on NASDAQ as "ACTG."

DATED: January 7, 2013          HODEL BRIGGS WINTER LLP
                                KARLA J. KRAFT
                                ASHLEY MERLO


                                By: _____/s/ KARLA J. KRAFT_____
                                         KARLA J. KRAFT

                                Attorneys for Counter-Defendant
                                ACACIA RESEARCH CORPORATION

137757

1