1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NEWEGG INC. and NEWEGG.COM INC.,<br><br>Defendants,<br><br>――――――――――――――<br><br>NEWEGG INC.,<br><br>Counter-Plaintiff,<br><br>vs.<br><br>DIGITECH IMAGE TECHNOLOGIES, LLC, and ACACIA RESEARCH CORPORATION,<br><br>Counter-Defendants. | CASE NO.: SACV12-01688 ODW (MRWx)<br><br>**[PROPOSED] ORDER GRANTING ACACIA RESEARCH CORPORATION'S MOTION TO DISMISS**<br><br>Hearing Information:<br>Date:     February 11, 2013<br>Time:    1:30 p.m.<br>Location: Spring Street Courthouse<br>              Courtroom 11<br>              312 North Spring Street<br>              Los Angeles, CA<br><br><br>Complaint Filed: October 2, 2012<br>Trial Date: Not Set |

137923

1  Acacia Research Corporation's ("ARC") Motion to Dismiss came on for
2  hearing on February 11, 2013, at 1:30 p.m. in Courtroom 11 of the above-entitled
3  Court, the Honorable Otis D. Wright II presiding. All parties were represented by
4  counsel.

6  Having considered the moving, opposition and reply papers submitted by the
7  parties, and having considered all of the matters addressed therein and all argument
8  offered in relation thereto, the Court rules as follows:

10  1. ARC's Motion to Dismiss is GRANTED.
11  2. A case and controversy does not exist between counterclaimant
12     Newegg Inc. and ARC concerning the non-infringement and invalidity of
13     the '415 Patent.
14  3. Newegg Inc. fails allege facts sufficient to state a claim against ARC as an
15     alter ego of plaintiff/counter-defendant Digitech Image Technologies,
16     LLC.
17  4. Newegg Inc.'s counterclaim against ARC is dismissed with prejudice due
18     to the Court's lack of subject matter jurisdiction and Newegg Inc.'s failure
19     to state a claim upon which relief can be granted.

21  IT IS SO ORDERED.

23  DATED: February ___, 2013

    The Honorable Otis D. Wright, II

137923

1

Respectfully submitted by:

KARLA J. KRAFT (SB# 205530)
Email: kkraft@hbwllp.com
ASHLEY MERLO (SB# 247997)
Email: amerlo@hbwllp.com
HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400
Irvine, California 92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Counter-Defendant
ACACIA RESEARCH CORPORATION