KARLA J. KRAFT (SB# 205530)
Email: kkraft@hbwllp.com
ASHLEY MERLO (SB# 247997)
Email: amerlo@hbwllp.com
HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400
Irvine, California 92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Counter-Defendant
ACACIA RESEARCH CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NEWEGG INC. and NEWEGG.COM INC.,<br><br>Defendants,<br><br>---<br><br>NEWEGG INC.,<br><br>Counter-Plaintiff,<br><br>vs.<br><br>DIGITECH IMAGE TECHNOLOGIES, LLC, and ACACIA RESEARCH CORPORATION,<br><br>Counter-Defendants. | CASE NO.: SACV12-01688 ODW (MRWx)<br><br>**ACACIA RESEARCH CORPORATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF MOTION**<br><br>Hearing Information:<br>Date: February 11, 2013<br>Time: 1:30 p.m.<br>Location: Spring Street Courthouse<br>          Courtroom 11<br>          312 North Spring Street<br>          Los Angeles, CA<br><br>Complaint Filed: October 2, 2012<br>Trial Date: Not Set |

137948

ACACIA RESEARCH CORPORATION'S REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, counter-defendant Acacia Research Corporation ("ARC") respectfully requests that this Court take judicial notice of the contents of another federal district court file, as follows: *Sony Electronics Inc. v. Digitech Image Technologies LLC, et al.*, U.S. District Court, District of Delaware, case no. 12-cv-00980-RGA, including, but not limited to, the following documents:

    A. Complaint for Declaratory Relief (Dkt. #1), filed July 24, 2012, attached hereto as Exhibit A; and,

    B. Amended Order (Dkt. #38), filed December 11, 2012, attached hereto as Exhibit B.

The Court should take judicial notice of the contents of these court files as they are capable of accurate and ready determination by resort to public records whose accuracy cannot be reasonably questioned. *See* Fed. R. Evid. 201(b)(2) and (c)(1); *Mack v. South Bay Beer Distribs., Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986) (finding courts may properly look to matters of public record) (abrogated on other grounds in *Astoria Fed. Sav. & Loan Ass'n v. Solimino*, 501 U.S. 104, 107 (1991)).

DATED: January 7, 2013

HODEL BRIGGS WINTER LLP
KARLA J. KRAFT
ASHLEY MERLO

By:    /s/ KARLA J. KRAFT
        KARLA J. KRAFT

Attorneys for Counter-Defendant
ACACIA RESEARCH CORPORATION

137948