UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>　　　　　Plaintiff,<br>　　v.<br>NEWEGG INC. and NEWEGG.COM INC.,<br><br>　　　　　Defendants.<br><br>NEWEGG INC.,<br><br>　　　　　Counter-Plaintiff,<br>　　v.<br>DIGITECH IMAGE TECHNOLOGIES, LLC and ACACIA RESEARCH CORPORATION,<br><br>　　　　　Counter-Defendants, | Case No. SA CV 12-01688 ODW (MRWx)<br><br>[PROPOSED] ORDER DENYING ACACIA'S MOTION TO DISMISS IN ITS ENTIRETY |

　　CAME BEFORE THE COURT the Motion to Dismiss (Dkt. 30) filed by Counter-Defendant Acacia Research Corporation. Upon consideration of the Motion, the Response, and the other papers on file, the Motion is hereby **DENIED.**

　　It is **SO ORDERED.**

Dated: _____　　　　By: _____
　　　　　　　　　　　　　　　　　　United States District Judge