# EXHIBIT 1

# Exhibit C







# Acacia Research's CEO Discusses Q2 2012 Results - Earnings Call Transcript

July 19, 2012 | 1 comment | about: ACTG    Single page view

Pay yourself with a $50 bonus when you open an account.

• No Fees
• No Minimums
• 35,000 Free ATMs

Learn More

**Executives**

Paul Ryan – Chief Executive Officer and President

Clayton J. Haynes – Chief Financial Officer

Matthew Vella – Executive Vice President

**Analysts**

Timothy Quillin – Stephens Inc.

Mark Argento – Craig-Hallum Capital Group LLC

Paul Coster – JPMorgan Securities LLC

Jonathon Skeels – Davenport & Company LLC

Doug Thomas of JET Investment Research

Acacia Research Corporation (ACTG) Q2 2012 Earnings Call July 19, 2012 4:30 PM ET

**Operator**

Good afternoon, and welcome ladies and gentlemen to the Acacia Research Second Quarter Earnings Release Conference Call. At this time, I would like to inform you that this conference is being recorded and all participants are in a listen-only mode. At the request of the Company, we will open up the conference for questions and answers after the presentation.

I'll now turn the conference over to Mr. Paul Ryan. Please go ahead, sir.

**Paul Ryan**

Thank you for being with us today. Today's call may involve what the SEC considers to be forward-looking statements. Please refer to our 8-K which was filed with the SEC today for our forward-looking statement disclaimer.

In today's call, the terms we, us and our refer to Acacia Research

This transcript was sent to 141 people who get email alerts on ACTG. Get email alerts on ACTG »

enforcement activities are conducted solely by certain of Acacia Research Corporation's wholly and majority-owned operating subsidiaries.

With me today are Chief Financial Officer, Clayton Haynes; General Counsel, Ed Treska; and Executive Vice Presidents, Dooyong Lee and Matt Vella.

Today, I will give you an overview of the progress we are making in building the business and Clayton Haynes will provide you with an analysis of our financial results. We will then open the call for your questions.

Acacia continues to build its leadership position in patent licensing. Acacia generated second quarter revenues of $50.5 million, an increase of 27% over last year's second quarter revenues of $39.7 million. Acacia

**ABOUT THIS TRANSCRIPT**

This transcript was sent to:
141 people who get ACTG real-time alerts
17,570 people who get Today's Transcripts daily

**SEARCH THIS TRANSCRIPT**

e.g. "this quarter" Find

**SEARCH ALL TRANSCRIPTS**

e.g. "this quarter" Find

**MOST FREQUENT KEYWORDS**

in this transcript:
2012 acacia been call capital companies company get going great licensing lot million new now one patent paul people portfolio portfolios quarter

**COMPARE TO:**

- All ACTG Transcripts
- Other Companies in this sector

grew its key performance metric of trailing 12-month revenues to a new record $233 million and completed the quarter with $431 million in cash and investments.

We generated the $50.5 million in second quarter revenues from 38 new revenue agreements including new licensing agreements with American Express, Cisco, Freescale, Fujitsu, Fuji Film, IBM, Hewlett Packard, Panasonic, and Regions Bank. The 38 new revenue agreements covered 27 different licensing programs including 7 new licensing programs generating initial revenue. Acacia has now generated revenues from 125 different licensing programs.

Acacia invested $48.3 million in new patent portfolios during the quarter bringing our total investments and patents over the first six months of this year to $200.4 million. During the second quarter, Acacia acquired control of a record 27 new patent portfolios. These new portfolios included patents originally issued to Polaroid, six prominent patent portfolios of 68 patent covering a wide range of software technologies, five patent portfolios with 156 patents from a major semiconductor company, four patent portfolios with 48 patents from a major technology company, and seven Medtech patent portfolios with over 150 patents and pending applications relating to medical devices, biologics, and diagnostics techniques.

We continue to increase future shareholder value by acquiring control of significant patent portfolios and now control 238 different patent portfolios. We continue to see an acceleration and opportunities for both partnering and acquisition of new patent portfolios. Acacia has built its business by partnering with patent owners, taking control of licensing activities, and splitting the net licensing revenues 50-50.



Single page view

page 1 / 4 | Next »

**This transcript was sent to 141 people who get email alerts on ACTG.**

Get email alerts on ACTG »

Share this transcript

Short URL: seekingalpha.com/article/734821

Email 0 Share Share Like 0 +1 0 Tweet Print

## Comments (1)

**wbrow02** Comment (1)

This company has what appears to be a killer business model but it's somewhat disturbing there is more insider selling than buying and they seem to be granting their execs lots of stock at shareholder's expense.

20 Jul, 11:59 AM Like 0 Reply

Guest

Add Your Comment:

Acacia Research's CEO Discusses Q2 2012 Results - Earnings Call Transcript - Seeking Alpha

CHECK SPELLING

Publish

Seeking Alpha's Earnings Center
-- Broad coverage. Powerful search.
And it's free... Why are you paying for something less good?

SA α
TOP AUTHORS: The Opinion Leaders
TOP USERS: StockTalkers | Instabloggers
Follow @SeekingAlpha
RSS Feeds | Contact Us | About Us | Premium Program
Terms of Use | Privacy | Xignite quote data | Copyright © 2011

Newegg's Opposition to Acacia's Motion to Dismiss - 17
Exhibit 1
http://seekingalpha.com/article/734821-acacia-research-s-ceo-discusses-q2-2012-results-earnings-call-transcript[7/21/2012 10:33:19 AM]

