UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | SACV 12-1688-ODW(MRWx) | Date | April 10, 2013 |
|---|---|---|---|
| Title | *Digitech Image Technologies LLC v. Newegg Inc.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | | |
|---|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**     **ORDER STAYING CASE PENDING RESOLUTION OF MANUFACTURER ACTIONS**

On April 1, 2013, this Court granted motions to stay in the following retailer-Defendants *Digitech* actions:

> *Digitech Image Tech. LLC v. Buy.com*, No. 8:12-cv-01668, ECF No. 13
> *Digitech Image Tech. LLC v. Best Buy Co.*, No. 8:12-cv-01669, ECF No. 19
> *Digitech Image Tech. LLC v. B&H Foto & Elec. Corp.*, No. 8:12-cv-01671, ECF No. 18
> *Digitech Image Tech. LLC v. Target Corp.*, No. 8:12-cv-01683, ECF No. 16
> *Digitech Image Tech. LLC v. Micro Elec. Inc.*, No. 8:12-cv-01686, ECF No. 16
> *Digitech Image Tech. LLC v. Overstock.com*, No. 8:12-cv-01687, ECF No. 16
> *Digitech Image Tech. LLC v. Newegg Inc.*, No. 8:12-cv-01688, ECF No. 23
> *Digitech Image Tech. LLC v. CDW LLC*, No. 8:12-cv-01695, ECF No. 22

The Court has learned from counsel Christopher Broderick that each of the retailer Defendants in these cases have agreed to be bound by this Court's *Markman* and invalidity rulings once the stay has been lifted in exchange for a stay of this entire litigation pending final resolution of every manufacturer action. Accordingly, the Court hereby **STAYS** this matter in its entirety pending final resolution of *each and every* manufacturer action listed below.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | SACV 12-1688-ODW(MRWx) | Date | April 10, 2013 |
|---|---|---|---|
| Title | *Digitech Image Technologies LLC v. Newegg Inc.* | | |

As discussed at the April 1, 2013 scheduling conference, this stay is subject only to a single round of Court-approved damages discovery.  As noted in the scheduling-conference minutes, Plaintiff and the retailer Defendants (listed below) shall coordinate this round of sales-figure discovery requests.  Plaintiff must then submit these discovery requests for Court approval prior to propounding those requests on the retailer Defendants.

**IT IS SO ORDERED.**

List of *Digitech* Manufacturer Cases

1.  8:12-cv-01324-ODW-MRW    *Digitech v. Electronics for Imaging Inc.*
2.  8:12-cv-01667-ODW-MRW    *Digitech v. Panasonic Corp. et al.*
3.  8:12-cv-01670-ODW-MRW    *Digitech v. Canon Inc. et al.*
4.  8:12-cv-01673-ODW-MRW    *Digitech v. Sakar Int'l Inc.*
5.  8:12-cv-01675-ODW-MRW    *Digitech v. Mamiya Digital Imaging Co. et al.*
6.  8:12-cv-01676-ODW-MRW    *Digitech v. Olympus Corp. et al.*
7.  8:12-cv-01677-ODW-MRW    *Digitech v. Leica Camera AG et al.*
8.  8:12-cv-01678-ODW-MRW    *Digitech v. Sony Corp. et al.*
9.  8:12-cv-01679-ODW-MRW    *Digitech v. Fujifilm Corp. et al.*
10. 8:12-cv-01680-ODW-MRW    *Digitech v. General Imaging Co.*
11. 8:12-cv-01681-ODW-MRW    *Digitech v. Sigma Corp. et al.*
12. 8:12-cv-01685-ODW-MRW    *Digitech v. Nikon Corp. et al.*
13. 8:12-cv-01689-ODW-MRW    *Digitech v. Pentax Ricoh Imaging et al.*
14. 8:12-cv-01693-ODW-MRW    *Digitech v. Xerox Co.*
15. 8:12-cv-01694-ODW-MRW    *Digitech v. Konica Minolta Holdings Inc. et al.*
16. 8:12-cv-01696-ODW-MRW    *Digitech v. Victor Hasselblad AB et al.*
17. 8:12-cv-01697-ODW-MRW    *Digitech v. Casio Computer Co. et al.*
18. 8:12-cv-02122-ODW-MRW    *Digitech v. Asus Computer Int'l et al.*
19. 8:12-cv-02123-ODW-MRW    *Digitech v. Motorola Mobility Inc. et al.*
20. 8:12-cv-02125-ODW-MRW    *Digitech v. Apple Inc.*
21. 8:12-cv-02126-ODW-MRW    *Digitech v. Acer America Corp. et al.*
22. 8:12-cv-02127-ODW-MRW    *Digitech v. Toshiba Corp. et al.*
23. 8:13-cv-00134-ODW-MRW    *Digitech v. LG Electronics USA et al.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | SACV 12-1688-ODW(MRWx) | Date | April 10, 2013 |
|---|---|---|---|
| Title | *Digitech Image Technologies LLC v. Newegg Inc.* | | |

24.   8:13-cv-00135-ODW-MRW   *Digitech v. HTC America Inc. et al.*

List of *Digitech* Retailer Cases
1.   8:12-cv-01668-ODW-MRW   *Digitech v. Buy.com*
2.   8:12-cv-01669-ODW-MRW   *Digitech v. Best Buy Co.*
3.   8:12-cv-01671-ODW-MRW   *Digitech v. B & H Foto & Elec. Corp.*
4.   8:12-cv-01683-ODW-MRW   *Digitech v. Target Corp.*
5.   8:12-cv-01686-ODW-MRW   *Digitech v. Micro Elec. Inc.*
6.   8:12-cv-01687-ODW-MRW   *Digitech v. Overstock.com*
7.   8:12-cv-01688-ODW-MRW   *Digitech v. Newegg Inc.*
8.   8:12-cv-01695-ODW-MRW   *Digitech v. CDW LLC*

                                                                                : 00

Initials of Preparer   CCH