Annette Kazmerski
annette.a.kazmerski@newegg.com
SBN 211364
Newegg Inc.
16839 East Gale Avenue
City of Industry, California 91745
Telephone (626) 271-9700
Facsimile (626) 271-9480

Kent. E. Baldauf, Jr.
kbaldaufjr@webblaw.com
Cecilia R. Dickson
cdickson@webblaw.com
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd.
Suite 1200
Pittsburgh, PA 15222
Telephone (412) 471-8815
Facsimile (412) 471-4094

Attorneys for Defendants
Newegg Inc. and Newegg.com Inc. and
Counter-Plaintiff Newegg Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Digitech Image Technologies, LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Newegg Inc. and Newegg.com Inc.,<br><br>　　　　Defendants,<br>*******************************<br>Newegg Inc.,<br><br>　　　　Counter-Plaintiff,<br><br>　vs.<br><br>Digitech Image Technologies, LLC,<br><br>　　　　Counter-Defendant. | Case No.: SACV12-01688 ODW (MRWx)<br><br>**DEFENDANT AND COUNTER-PLAINTIFF NEWEGG INC. AND DEFENDANT NEWEGG.COM INC.'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES**<br><br>Honorable Otis D. Wright, II<br><br>Hearing Date:  September 23, 2013<br>Hearing Time:  1:30 p.m.<br>Location:  Courtroom 11<br>312 North Spring Street<br>Los Angeles, California 90012-4701 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on September 23, 2013 at 1:30 p.m., or as soon as thereafter as the matter may be heard, in Courtroom 11 of the United States District Court for the Central District of California, Western Division, located at 312 North Spring Street, Los Angeles, California 90012, before the Honorable Otis D. Wright, Newegg Inc. and Newgg.com Inc. (collectively, "Newegg") will and hereby do move the Court for an order awarding attorneys' fees.

This Motion is based on the Notice of Motion, the accompanying Points and Authorities, and the supporting Declarations of Cecilia R. Dickson and Gordon M. Fauth, Jr. filed herewith.  This Motion is brought because Newegg, from the outset of this case, has maintained that the claims asserted were baseless and made in bad faith for the sole purpose of obtaining nuisance-value settlements which, in turn, warrants treatment as an exceptional case, particularly where, as here, an adequate pre-filing investigation would have revealed the patent's invalidity.  Therefore, Newegg respectfully requests this Honorable Court deem this case exceptional, treat Newegg as a prevailing party in light of the finding of invalidity of the Patent-In-Suit for lack of patentable subject matter, and award Newegg its reasonable attorneys' fees along with pre- and post-judgment interest, and any other relief against Plaintiff and/or Plaintiff's counsel that this Court deems appropriate.

Pursuant to L.R. 7-3, an email was sent to Plaintiff's counsel, John Edmonds, on August 14, 2013 to schedule a meet-and-confer regarding this Motion.  The parties met and conferred on August 20, 2013 and were unable to reach a resolution.

Dated this 20th day of August, 2013

/s/ Cecilia R. Dickson

Annette Kazmerski
annette.a.kazmerski@newegg.com
SBN 211364
Newegg Inc.
16839 East Gale Avenue
City of Industry, CA 91745
Telephone (626) 271-9700
Facsimile (626) 271-9480


Kent E. Baldauf, Jr.
kbaldaufjr@webblaw.com
Cecilia R. Dickson
cdisckson@webblaw.com
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd.
Suite 1200
Pittsburgh, PA 15222

Attorneys for Defendants
Newegg Inc. and Newegg.com Inc. and
Counter-Plaintiff Newegg Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of **Defendant and Counter-Plaintiff Newegg Inc. and Defendant Newegg.com Inc.'s Notice of Motion and Motion for Attorneys' Fees** has been served via the Court's CM/ECF system to all counsel of record on this 20th day of August, 2013.

/s/ Cecilia R. Dickson
Attorneys for Defendants
Newegg Inc. and Newegg.com Inc.
and Counter-Plaintiff Newegg Inc.