Annette Kazmerski
annette.a.kazmerski@newegg.com
SBN 211364
Newegg Inc.
16839 East Gale Avenue
City of Industry, California 91745
Telephone (626) 271-9700
Facsimile (626) 271-9480

Kent. E. Baldauf, Jr.
kbaldaufjr@webblaw.com
Cecilia R. Dickson
cdickson@webblaw.com
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd.
Suite 1200
Pittsburgh, PA 15222
Telephone (412) 471-8815
Facsimile (412) 471-4094

Attorneys for Defendants
Newegg Inc. and Newegg.com Inc. and
Counter-Plaintiff Newegg Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Digitech Image Technologies, LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Newegg Inc. and Newegg.com Inc.,<br><br>　　　　Defendants,<br>********************************<br><br>Newegg Inc.,<br><br>　　　　Counter-Plaintiff,<br><br>　vs.<br><br>Digitech Image Technologies, LLC,<br><br>　　　　Counter-Defendant. | Case No.: SACV12-01688 ODW (MRWx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTER-PLAINTIFF NEWEGG INC. AND DEFENDANT NEWEGG.COM INC.'S MOTION FOR ATTORNEYS' FEES**<br><br>Honorable Otis D. Wright, II<br><br>Hearing Date:　September 23, 2013<br>Hearing Time:　1:30 p.m.<br>Location:　Courtroom 11<br>312 North Spring Street<br>Los Angeles, California 90012-4701 |

[Proposed] Order Granting Newegg's Motion for Attorneys' Fees - 1

SACV12-01688 ODW (MRWx)

## ORDER

The Court, having considered the papers and the arguments of counsel, finds that Newegg Inc. and Newegg.com Inc.'s Motion for Attorneys' Fees is granted.

Accordingly, it is hereby **ORDERED** that Newegg Inc. and Newegg.com Inc.'s Motion is **GRANTED** and the Plaintiff is ordered to pay to Newegg Inc. and Newegg.com Inc. attorneys' fees in the total amount of $64,851.73, plus any additional amounts reasonably incurred in prosecuting this Motion for Attorneys' Fees since August 1, 2013, such amount to be identified within fifteen (15) days of the date of this Order, with payment to be made in full within thirty (30) days of the date of this Order.

SO **ORDERED**

Dated: _____    _____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE