Annette Kazmerski
annette.a.kazmerski@newegg.com
SBN 211364
Newegg Inc.
16839 East Gale Avenue
City of Industry, California 91745
Telephone (626) 271-9700
Facsimile (626) 271-9480

Kent. E. Baldauf, Jr.
kbaldaufjr@webblaw.com
Cecilia R. Dickson
cdickson@webblaw.com
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd.
Suite 1200
Pittsburgh, PA 15222
Telephone (412) 471-8815
Facsimile (412) 471-4094

Attorneys for Defendants
Newegg Inc. and Newegg.com Inc. and
Counter-Plaintiff Newegg Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Digitech Image Technologies, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> Newegg Inc. and Newegg.com Inc., <br><br> Defendants, <br><br> ****************************** <br><br> Newegg Inc., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> Digitech Image Technologies, LLC, <br><br> Counter-Defendant. | Case No.: SACV12-01688 ODW (MRWx) <br><br> **DECLARATION OF GORDON M. FAUTH, JR. IN SUPPORT OF DEFENDANT AND COUNTER-PLAINTIFF NEWEGG INC. AND DEFENDANT NEWEGG.COM INC.'S MOTION FOR ATTORNEYS' FEES** <br><br> Honorable Otis D. Wright, II |

Declaration of Gordon M. Fauth, Jr. in

Support of Newegg's Motion for Attorneys' Fees - 1

SACV12-01688 ODW (MRWx)

# DECLARATION OF GORDON M. FAUTH, JR.

## IN SUPPORT OF NEWEGG'S MOTION FOR ATTORNEYS' FEES

I, Gordon M. Fauth, Jr., declare as follows:

1.  I am counsel for Newegg in the above-captioned matter.

2.  From the inception of this litigation through August 1, 2013, Newegg accrued $7,230 with my firm in defending itself in the above-captioned patent infringement suit.  Newegg is seeking reimbursement for these fees.

3.  The attorneys' fees for which Newegg seeks reimbursement were necessarily and reasonably incurred in the defense of this action.

4.  This case was handled with the appropriate level of diligence and concern for costs and efficiencies.

5.  Furthermore, the billing rates for Newegg's attorneys are reasonable for patent litigation counsel in California and nationally.

6.  The total fees and costs incurred on behalf of Newegg are in line with, and significantly below, the total fees and costs billed on average in patent infringement cases in California and nationally for cases of this size.

7.  Specific detail can be provided to the Court for *in camera* inspection.

Executed this 20th day of _____August_____, 2013 in Alameda, California.

_____
Gordon M. Fauth, Jr.

Declaration of Gordon M. Fauth, Jr. in
Support of Newegg's Motion for Attorneys' Fees - 2

SACV12-01688 ODW (MRWx)