

Portfolio Media. Inc. | 860 Broadway, 6th Floor | New York, NY 10003 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# Overstock, Newegg Didn't Infringe Alcatel Patents: Jury

By **Megan Leonhardt**

Law360, New York (October 17, 2011, 7:29 PM ET) -- A Texas federal jury found Friday that Overstock.com Inc. and Newegg.com Inc. did not infringe three patents for e-commerce and search engine technology held by Alcatel-Lucent USA Inc. and that two of the patent claims at issue were invalid.

After a four-day trial, the jury found that Alcatel-Lucent failed to prove online retailers Overstock and Newegg, the only two defendants remaining in the suit, infringed on U.S. Patent Numbers 5,649,131; 5,623,656; and 5,404,507.

The jury also found two claims of the '131 patent, titled "Communications Protocol," were invalid, agreeing with arguments by Overstock and Newegg that the claims were anticipated and obvious.

"The jury worked hard to sift through unfamiliar material to find what the patents actually claimed," John Barr, counsel for Overstock, said Monday.

Despite the wave of pretrial settlements that eliminated all of the companies' co-defendants from the suit, Overstock and Newegg succeeded on every claim submitted to the jury, Newegg said. Five defendants, including Zappos.com Inc., Sears Holding Corp. and Amazon.com Inc., were dismissed just days before the verdict.

"Newegg is thrilled that the jury rejected what we have always believed were spurious infringement claims," Lee Cheng, general counsel for Newegg, said in a statement.

Communications giant Alcatel-Lucent filed suit in September 2009 against eight retailers. Along with Overstock, Zappos, Amazon and Sears, the suit also named Kmart Corp., QVC Inc., Netflix Inc. and Lands' End Inc. It added Newegg and Intuit Inc. to the list of defendants in a November 2009 amended complaint.

Overstock, Newegg and their co-defendants infringed three patents by collecting and recording data from visitors to the companies' websites, Alcatel-Lucent claimed.

Throughout the trial, Alcatel-Lucent argued the '131 patent was widely used by online retailers and was a fundamental component of e-commerce, according to Cheng.

But Cheng said "the jury wisely recognized what we have been saying all along — [that] the supposed invention was not new and we were not using any of these Alcatel Lucent's patents."

Alcatel has other suits pending, including complaints against Barnes & Noble Inc. in New York and Microsoft Corp. in California, over the three patents.

Alcatel-Lucent did not immediately respond to requests for comment Monday.

The patents-in-suit are U.S. Patent Numbers 5,649,131; 5,623,656; and 5,404,507.

Overstock and Newegg are represented by The Webb Law Firm PC, Weil Gotshal & Manges LLP, Bracewell & Giuliani LLP, Yarbrough & Wilcox PLLC and by Newegg's in-house counsel.

Alcatel-Lucent is represented by Potter Minton PC and Robins Kaplan Miller & Ciresi LLP.

The case is Alcatel-Lucent USA Inc. v. Amazon.com Inc. et al., case number 6:09-cv-00422, in the U.S. District Court for the Eastern District of Texas.

--Additional reporting by Lana Birbrair and Ben James. Editing by Eydie Cubarrubia.

All Content © 2003-2013, Portfolio Media, Inc.