John J. Edmonds (State Bar No. 274200)
jedmonds@cepiplaw.com
COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1851 East First Street, Suite 900
Santa Ana, California 92705
Telephone: (951) 708-1237
Facsimile: (951) 824-7901

Attorney for Plaintiff,
**DIGITECH IMAGE TECHNOLOGIES, LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br>    v.<br><br>NEWEGG, INC. and NEWEGG.COM, INC.<br>        Defendants. | CASE NO.: SACV12-01688 ODW (MRWx)<br><br>**NOTICE OF MOTION AND MOTION FOR SANCTIONS**<br><br>Honorable Otis D. Wright, II<br><br>Hearing Date: September 23, 2013<br>Hearing Time: 1:30 p.m.<br>Location: Courtroom 11<br>312 North Spring Street<br>Los Angeles, California 90012-4701 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on September 23, 2013 at 1:30 p.m., or as soon as thereafter as the matter may be heard, in Courtroom 11 of the United States District Court for the Central District of California, Western Division, located at 312 North

Spring Street, Los Angeles, California 90012, before the Honorable Otis D. Wright, Digitech Image Technologies, LLC ("Digitech") will and hereby do move the Court for an Order for Sanctions against Newegg Inc. and Newegg.com Inc. (collectively "Newegg"). The relief requested is based on this Motion and the accompanying Memorandum of Points and Authorities and associated Exhibits.

Newegg has made blatant and inexcusable misrepresentations to this Court in its Points and Authorities in Support of Motion for Fees (Dkt. No. 43) that go above and beyond mere advocacy. Specifically, Newegg has stated that it has "incurred $64,851.73 in legal fees thus far in <u>defending</u> this matter." Newegg's Motion at Pg. 7 (emphasis added). Further, Newegg filed two declarations in support of its Motion stating that the fees were incurred by Newegg "<u>defending</u> itself in the above-captioned patent infringement suit." Dkt. Nos. 43-1 at ¶3; 43-2 at ¶3 (emphasis added). However, Newegg's representations are inexcusably false because at least a large portion of the fees being claimed by Newegg for "defending" this suit were actually incurred in Newegg's pursuant of a baseless "counterclaim" that was dismissed for lack of subject matter jurisdiction. *See* Dkt. Nos. 16 and 38.

Newegg has the right to file a motion, even a meritless one, seeking its fees. However, Newegg has no good faith basis to represent that fees incurred pursuing a failed "counterclaim" were incurred "defending" itself. Essentially, Newegg is attempting to be compensated by Digitech for Newegg's failed and meritless claim

against Digitech's ultimate parent corporation. And, Newegg is using misrepresentations to the Court as a means to the end. Further, as noted herein, Newegg's Motion contains other factual misrepresentations in furtherance of this scheme which are no less egregious. As such, Digitech respectfully requests that Newegg be sanctioned for its conduct.

    This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on August 20, 2013.

August 26, 2013                                      Respectfully Submitted,

                                                          /s/ John J. Edmonds
                                                          John J. Edmonds

                                                          ATTORNEYS FOR DIGITECH
                                                          IMAGE TECHNOLOGIES, LLC

## PROOF OF SERVICE

I am over the age of eighteen years. I am employed at the law firm of Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC. I hereby certify that on August 26, 2013, I filed the following document:

## MOTION FOR SANCTIONS

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service via the Court's C/ECF system per the Local Rules.

Executed on August 26, 2013 in Houston, Texas.

                                              /s/ *John J. Edmonds*
                                              John J. Edmonds