UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>　　　　Plaintiff,<br>　　v.<br><br>NEWEGG, INC. and NEWEGG.COM, INC.<br><br>　　　　Defendants. | CASE NO.: SACV12-01688 ODW (MRWx)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR SANCTIONS** |

On this day, Plaintiff Digitech Image Technologies, LLC's ("Digitech") Motion for Sanctions against Newegg, Inc. and Newegg.com, Inc. (collectively "Newegg"), is hereby **GRANTED**.

IT IS THEREFORE ORDERED that Newegg's Motion for Attorney's Fees (Dkt. No. 41) is hereby **DENIED**. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses borne by Digitech in preparation of its Motion for Sanctions be reimbursed by Newegg. Digitech shall submit its invoices to the Court for payment by Newegg within 7 days.

**IT IS SO ORDERED**.

Dated: _____, 2013

　　　　　　　　　　　　　　　　HONORABLE OTIS D. WRIGHT II
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE