John J. Edmonds (SBN 274200)
jedmonds@cepiplaw.com
COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1851 East First Street Suite 900
Santa Ana, CA 92705
Telephone:  951-708-1237
Facsimile:   951-824-7901

Attorney for Plaintiff
DIGITAL IMAGE TECHNOLOGIES, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC, Plaintiff, v. ELECTRONICS FOR IMAGING, INC., Defendant. | CASE NO. 8:12-cv-1324-ODW-MRWx<br><br>PLAINTIFF'S NOTICE OF APPEAL<br><br>Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC, Plaintiff, v. BUY.COM, INC., Defendant. | CASE NO. 8:12-cv-1668-ODW-MRWx<br><br>PLAINTIFF'S NOTICE OF APPEAL<br><br>Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC, Plaintiff, v. B AND H FOTO AND ELECTRONICS CORP., Defendant. | CASE NO. 8:12-cv-1671-DW(MRWx)<br><br>PLAINTIFF'S NOTICE OF APPEAL<br><br>Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC, Plaintiff, v. SAKAR INTERNATIONAL, INC. | CASE NO. 8:12-CV-1673-ODW (MRWx)<br><br>PLAINTIFF'S NOTICE OF APPEAL |

| | |
|---|---|
| d/b/a VIVITAR, <br> Defendant. | Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC, <br> Plaintiff, <br> v. <br> MAMIYA DIGITAL IMAGING CO., LTD.; LEAF IMAGING, LTD.; MAMIYA AMERICA CORP, <br> Defendants. | CASE NO. 8:12-CV-1675-ODW (MRW) <br><br> PLAINTIFF'S NOTICE OF APPEAL <br><br> Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC, <br> Plaintiff, <br> v. <br> LEICA CAMERA AG and LEICA CAMERA INC., <br> Defendants. | CASE NO. 8:12-cv-1677-ODW (MRWx) <br><br> PLAINTIFF'S NOTICE OF APPEAL <br><br> Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC, <br> Plaintiff, <br> v. <br> FUJIFILM CORPORATION, <br> Defendant. | CASE NO. 8:12-cv-1679-ODW (MRWx) <br><br> PLAINTIFF'S NOTICE OF APPEAL <br><br> Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC, <br> Plaintiff, <br> v. <br> GENERAL IMAGING CO., <br> Defendants. | CASE NO. 8:12-cv-1680-ODW (MRWx) <br><br> PLAINTIFF'S NOTICE OF APPEAL <br><br> Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC, <br> Plaintiff, <br> v. <br> SIGMA CORPORATION ET AL., <br> Defendant(s). | CASE NO. 8:12-cv-1681-ODW (MRWx) <br><br> PLAINTIFF'S NOTICE OF APPEAL <br><br> Judge: Hon. Otis D. Wright, II |

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRO ELECTRONICS, INC.,<br><br>Defendant. | CASE NO. 8:12-cv-1686-ODW-MRWx<br><br>PLAINTIFF'S NOTICE OF APPEAL<br><br>Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>OVERSTOCK.COM, INC.,<br><br>Defendant. | CASE NO. 8:12-cv-1687-ODW-MRWx<br><br>PLAINTIFF'S NOTICE OF APPEAL<br><br>Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NEWEGG, INC.; NEWEGG.COM, INC.,<br><br>Defendants. | CASE NO. 8:12-cv-1688-ODW-MRWx<br><br>PLAINTIFF'S NOTICE OF APPEAL<br><br>Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PENTAX RICOH IMAGING COMPANY, LTD., PENTAX RICOH IMAGING AMERICAS CORP., RICOH COMPANY, LTD., AND RICOH AMERICAS CORP.,<br><br>Defendants. | CASE NO. 8:12-cv-1689-ODW (MRWx)<br><br>PLAINTIFF'S NOTICE OF APPEAL<br><br>Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>XEROX CORPORATION,<br><br>Defendant. | CASE NO. 8:12-cv-1693-ODW (MRWx)<br><br>PLAINTIFF'S NOTICE OF APPEAL<br><br>Judge: Hon. Otis D. Wright, II |

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC, <br> Plaintiff, <br> v. <br> KONICA MINOLTA BUSINESS SOLUTIONS, U.S.A., INC., <br> Defendants. | CASE NO. 8:12-cv-1694-ODW (MRWx) <br><br> PLAINTIFF'S NOTICE OF APPEAL <br><br> Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC, <br> Plaintiff, <br> v. <br> CDW LLC, <br> Defendant. | CASE NO. 8:12-cv-1695-ODW-MRWx <br><br> PLAINTIFF'S NOTICE OF APPEAL <br><br> Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC, <br> Plaintiff, <br> v. <br> VICTOR HASSELBLAD AB and HASSELBLAD USA INC., <br> Defendants. | CASE NO. 8:12-cv-1696-ODW (MRWx) <br><br> PLAINTIFF'S NOTICE OF APPEAL <br><br> Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC, <br> Plaintiff, <br> v. <br> ASUS COMPUTER INTERNATIONAL and ASUSTEK COMPUTER INC., <br> Defendants. | CASE NO. 8:12-cv-2122 ODW (SSx) <br><br> PLAINTIFF'S NOTICE OF APPEAL <br><br> Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC, <br> Plaintiff, <br> v. <br> TOSHIBA CORP.; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA BUSINESS, <br> Defendants. | CASE NO. 8:12-cv-2127-ODW-MRWx <br><br> PLAINTIFF'S NOTICE OF APPEAL <br><br> Judge: Hon. Otis D. Wright, II |

Notice is hereby given that Plaintiff Digitech Image Technologies LLC hereby appeals to the United States Court of Appeals for the Federal Circuit for each of the above styled and following cases:

a. *Digitech Image Technologies LLC v. Electronics for Imaging, Inc.* (8:12-cv-1324-ODW-MRWx);
b. *Digitech Image Technologies LLC v. Buy.Com, Inc.* (8:12-cv-1668-ODW-MRWx);
c. *Digitech Image Technologies LLC v. B and H Foto and Electronics Corp.* (8:12-cv-1671-ODW-MRWx);
d. Digi*tech Image Technologies LLC v. Sakar International, Inc.* (8:12-cv-1673-ODW-MRWx);
e. *Digitech Image Technologies LLC v. Mamiya Digital Imaging Co., Ltd.; Leaf Imaging, Ltd.; Mamiya America Corp.* (8:12-cv-1675-ODW-MRWx);
f. *Digitech Image Technologies LLC v. Leica Camera AG; Leica Camera, Inc.* (8:12-cv-1677-ODW-MRWx);
g. *Digitech Image Technologies LLC v. Fujifilm Corp.* (8:12-cv-1679-ODW-MRWx);
h. *Digitech Image Technologies LLC v. General Imaging Co.* (8:12-cv-1680-ODW-MRWx);
i. *Digitech Image Technologies LLC v. Sigma Corp.; Sigma Corp. of America* (8:12-cv-1681-ODW-MRWx);
j. *Digitech Image Technologies LLC v. Micro Electronics, Inc.* (8:12-cv-1686-ODW-MRWx);
k. *Digitech Image Technologies LLC v. Overstock.com, Inc.* (8:12-cv-1687-ODW-MRWx);
l. *Digitech Image Technologies LLC v. Newegg, Inc.; Newegg.com, Inc.* (8:12-cv-1688-ODW-MRWx);
m. *Digitech Image Technologies LLC v. Pentax Ricoh Imaging Co., Ltd.; Pentax Ricoh Imaging Americas Corp.; Ricoh Co., Ltd.; Ricoh Americas Corp.* (8:12-cv-1689-ODW-MRWx);
n. *Digitech Image Technologies LLC v. Xerox Corp. (8:12-cv-1693-ODW-MRWx)*;
o. *Digitech Image Technologies LLC v. Konica Minolta Business Solutions USA, Inc.* (8:12-cv-1694-ODW-MRWx);
p. *Digitech Image Technologies LLC v. CDW LLC* (8:12-cv-1695-ODW-MRWx);

    q.   *Digitech Image Technologies LLC v. Victor Hasselblad AB; Hasselblad USA, Inc.* (8:12-cv-1696-ODW-MRWx);

    r.   *Digitech Image Technologies LLC v. Asus Computer International; Asustek Computer, Inc.* (8:12-cv-2122-ODW-MRWx); and

    s.   *Digitech Image Technologies LLC v. Toshiba Corp.; Toshiba America, Inc.; Toshiba America Business Solutions, Inc.; Toshiba America Information Systems, Inc.* (8:12-cv-2127-ODW-MRWx)

from the Order(s) granting the motion(s) for summary judgment (*Digitech Image Techs., LLC v. Elecs. for Imaging, Inc.*, No. 8:12-cv-1324-ODW-MRWx (C.D. Cal. July 31, 2013) (ECF No. 88)) (Exhibit 1),[1] and also from the Judgments entered in each such case on August 6 and/or 7, 2013, including as follows:

    a.   ECF No. 93 in *Digitech Image Technologies LLC v. Electronics for Imaging, Inc.* (8:12-cv-1324-ODW-MRWx);

    b.   ECF No. 22 in *Digitech Image Technologies LLC v. Buy.Com, Inc.* (8:12-cv-1668-ODW-MRWx);

    c.   ECF No. 29 in *Digitech Image Technologies LLC v. B and H Foto and Electronics Corp.* (8:12-cv-1671-ODW-MRWx);

    d.   ECF No. 29 in Digi*tech Image Technologies LLC v. Sakar International, Inc.* (8:12-cv-1673-ODW-MRWx);

    e.   ECF No. 40 in *Digitech Image Technologies LLC v. Mamiya Digital Imaging Co., Ltd.; Leaf Imaging, Ltd.; Mamiya America Corp.* (8:12-cv-1675-ODW-MRWx);

    f.   ECF No. 40 in *Digitech Image Technologies LLC v. Leica Camera AG; Leica Camera, Inc.* (8:12-cv-1677-ODW-MRWx);

---

[1] The Order Granting Motion for Summary Judgment was entered on July 31, 2013 in the following cases: (1) *Digitech Image Techs., LLC v. Elecs. for Imaging,* Inc., No. 8:12-cv-1324-ODW(MRWx) (ECF No. 88) (lead consolidated case); (2) *Digitech Image Technologies LLC v. Sigma Corporation et al.*, No. 8:12-cv-01681-ODW-MRW (ECF No. 30); (3) *Digitech Image Technologies LLC et al v. Pentax Ricoh Imaging Co Ltd et al,.* 8:12-cv-01689-ODW-MRW (ECF No. 36); (4) *Digitech Image Technologies LLC v. Konica Minolta Business Solutions USA, Inc.*, No. 8:12-cv-1694-ODW(MRWx) (ECF No. 36); and (5) *Digitech Image Technologies LLC v. Fujifilm Corp.* (8:12-cv-1679-ODW-MRWx) (ECF No. 35); and it was stipulated to be applicable to all pending cases (Exhibit 2) in this consolidated (Exhibit 3) litigation.

g. ECF No. 36 in *Digitech Image Technologies LLC v. Fujifilm Corp.* (8:12-cv-1679-ODW-MRWx);
h. ECF No. 24 in *Digitech Image Technologies LLC v. General Imaging Co.* (8:12-cv-1680-ODW-MRWx);
i. ECF No. 31 in *Digitech Image Technologies LLC v. Sigma Corp.; Sigma Corp. of America* (8:12-cv-1681-ODW-MRWx);
j. ECF No. 23 in *Digitech Image Technologies LLC v. Micro Electronics, Inc.* (8:12-cv-1686-ODW-MRWx);
k. ECF No. 23 in *Digitech Image Technologies LLC v. Overstock.com, Inc.* (8:12-cv-1687-ODW-MRWx);
l. ECF No. 39 in *Digitech Image Technologies LLC v. Newegg, Inc.; Newegg.com, Inc.* (8:12-cv-1688-ODW-MRWx);
m. ECF No. 38 in *Digitech Image Technologies LLC v. Pentax Ricoh Imaging Co., Ltd.; Pentax Ricoh Imaging Americas Corp.; Ricoh Co., Ltd.; Ricoh Americas Corp.* (8:12-cv-1689-ODW-MRWx);
n. ECF No. 29 in *Digitech Image Technologies LLC v. Xerox Corp.* (8:12-cv-1693-ODW-MRWx);
o. ECF No. 38 in *Digitech Image Technologies LLC v. Konica Minolta Business Solutions USA, Inc.* (8:12-cv-1694-ODW-MRWx);
p. ECF No. 30 in *Digitech Image Technologies LLC v. CDW LLC* (8:12-cv-1695-ODW-MRWx);
q. ECF No. 25 in *Digitech Image Technologies LLC v. Victor Hasselblad AB; Hasselblad USA, Inc.* (8:12-cv-1696-ODW-MRWx);
r. ECF No. 19 in *Digitech Image Technologies LLC v. Asus Computer International; Asustek Computer, Inc.* (8:12-cv-2122-ODW-MRWx); and
s. ECF No. 21 in *Digitech Image Technologies LLC v. Toshiba Corp.; Toshiba America, Inc.; Toshiba America Business Solutions, Inc.; Toshiba America Information Systems, Inc.* (8:12-cv-2127-ODW-MRWx).

Plaintiff also appeals to the United States Court of Appeals for the Federal Circuit all other opinions, orders, findings, or rulings prior to, during, or after the summary judgments and/or judgments in the above cases that were adverse to Plaintiff, including adverse the validity and/or patentability of the patent-in-suit.

| | |
|---|---|
| August 28, 2013 | /s/ *John J. Edmonds* |
| | John J. Edmonds |

COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER PLLC

Attorney for Plaintiff
DIGITECH IMAGE TECHNOLOGIES LLC

## CERTIFICATE OF SERVICE

I, John J. Edmonds, declare as follows:

I am over the age of eighteen years and am not a party to this action. I am employed at the law firm of Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC and I am a member of the bar of this Court. I hereby certify that on August 28, 2013 the following document was transmitted via the Court's Electronic Case Filing (ECF) system:

PLAINTIFF'S NOTICE OF APPEAL

I further certify that the attached document was sent on August 28, 2013 via the Court's Electronic Case Filing (ECF) system to all counsel of record each of the above-styled actions.

| | |
|---|---|
| August 28, 2013 | /s/ *John J. Edmonds* |
| | John J. Edmonds |

COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER PLLC

Attorney for Plaintiff
DIGITECH IMAGE TECHNOLOGIES LLC