# EXHIBIT 2

John J. Edmonds (State Bar No. 274200)
jedmonds@cepiplaw.com
Stephen F. Schlather (admitted *pro hac vice*)
sschlather@cepiplaw.com
COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1851 East First Street, Suite 900
Santa Ana, California 92705
Telephone: (951) 708-1237
Facsimile: (951) 824-7901

Attorneys for Plaintiff,
**Digitech Image Technologies, LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ELECTRONICS FOR IMAGING, INC., <br><br> Defendant. | CASE NO. SACV 12-01324-ODW (MRWx) <br><br> JOINT STATUS REPORT <br><br><br> Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAKAR INTERNATIONAL, INC. d/b/a VIVITAR, <br><br> Defendant. | CASE NO. 8:12-CV-01673-ODW (MRWx) <br><br> JOINT STATUS REPORT <br><br><br> Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. | CASE NO. 8:12-CV-01675-ODW (MRW) <br><br> JOINT STATUS REPORT |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4 | LEAF IMAGING LTD (d/b/a Mamiyaleaf), and MAMIYA AMERICA CORPORATION,<br><br>Defendants. | Judge: Hon. Otis D. Wright, II |
| 5<br>6<br>7<br>8<br>9<br>10 | DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LEICA CAMERA AG and LEICA CAMERA INC.,<br><br>Defendants. | CASE NO. SACV 12-01677-ODW (MRWx)<br><br>JOINT STATUS REPORT<br><br><br>Judge: Hon. Otis D. Wright, II |
| 11<br>12<br>13<br>14<br>15<br>16 | DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FUJIFILM CORPORATION,<br><br>Defendant. | CASE NO. SACV 12-01679-ODW (MRWx)<br><br>JOINT STATUS REPORT<br><br><br>Judge: Hon. Otis D. Wright, II |
| 17<br>18<br>19<br>20<br>21<br>22<br>23 | DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL IMAGING CO.,<br><br>Defendants. | CASE NO. 8:12-cv-01680-ODW (MRWx)<br><br>JOINT STATUS REPORT<br><br><br>Judge: Hon. Otis D. Wright, II |
| 24<br>25<br>26<br>27<br>28 | DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SIGMA CORPORATION ET AL., | CASE NO. SACV 12-01681-ODW (MRWx)<br><br>JOINT STATUS REPORT |

| | | |
|---|---|---|
| 1 | Defendant(s). | Judge: Hon. Otis D. Wright, II |
| 2 | | |
| 3 | | |
| 4 | DIGITECH IMAGE TECHNOLOGIES, LLC, | CASE NO. SACV 12-01685-ODW (MRWx) |
| 5 | Plaintiff, | |
| | | JOINT STATUS REPORT |
| 6 | v. | |
| 7 | NIKON CORPORATION AND NIKON INC., | |
| 8 | | Judge: Hon. Otis D. Wright, II |
| 9 | Defendant. | |
| 10 | DIGITECH IMAGE TECHNOLOGIES, LLC, | CASE NO. SACV 12-01689-ODW (MRWx) |
| 11 | | |
| 12 | Plaintiff, | JOINT STATUS REPORT |
| 13 | v. | |
| 14 | PENTAX RICOH IMAGING COMPANY, LTD., PENTAX RICOH IMAGING AMERICAS CORP., RICOH COMPANY, LTD., AND RICOH AMERICAS CORP., | Judge: Hon. Otis D. Wright, II |
| 15 | | |
| 16 | | |
| 17 | Defendants. | |
| 18 | DIGITECH IMAGE TECHNOLOGIES, LLC, | CASE NO. SACV 12-01693-ODW (MRWx) |
| 19 | | |
| 20 | Plaintiff, | JOINT STATUS REPORT |
| 21 | v. | |
| 22 | XEROX CORPORATION, | |
| 23 | Defendant. | Judge: Hon. Otis D. Wright, II |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

- 3 -

| | | |
|---|---|---|
| 1 | DIGITECH IMAGE TECHNOLOGIES, LLC, | CASE NO. SACV 12-01694-ODW (MRWx) |
| 2 | | |
| 3 | Plaintiff, | JOINT STATUS REPORT |
| 4 | v. | |
| 5 | KONICA MINOLTA BUSINESS SOLUTIONS, U.S.A., INC., | Judge: Hon. Otis D. Wright, II |
| 6 | Defendants. | |
| 7 | | |
| 8 | DIGITECH IMAGE TECHNOLOGIES, LLC, | CASE NO. 8:12-cv-01696-ODW (MRWx) |
| 9 | Plaintiff, | |
| 10 | v. | JOINT STATUS REPORT |
| 11 | VICTOR HASSELBLAD AB and HASSELBLAD USA INC., | |
| 12 | | Judge: Hon. Otis D. Wright, II |
| 13 | Defendants. | |
| 14 | DIGITECH IMAGE TECHNOLOGIES, LLC, | CASE NO. SACV 12-01697-ODW (MRW) |
| 15 | Plaintiff, | |
| 16 | v. | JOINT STATUS REPORT |
| 17 | | |
| 18 | CASIO COMPUTER CO LTD, et al., | Judge: Hon. Otis D. Wright, II |
| 19 | Defendant(s). | |
| 20 | | |
| 21 | DIGITECH IMAGE TECHNOLOGIES, LLC, | CASE NO. SACV 12-02122 ODW (SSx) |
| 22 | Plaintiff, | JOINT STATUS REPORT |
| 23 | v. | |
| 24 | ASUS COMPUTER INTERNATIONAL and ASUSTEK COMPUTER INC., | Judge: Hon. Otis D. Wright, II |
| 25 | | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

- 4 -

| | |
|---|---|
| 1 | |
| 2 | Plaintiff and the Defendants in the above-styled cases (collectively the "Parties") respectfully submit this joint status report, as follows: |
| 3 | On July 31, 2013 the Court ordered all Parties to file a joint status report by August 7, 2013, which must briefly state reasons why, in light of the Court's findings that claims 1-6, 9-15, and 26-31 of the patent-in-suit are invalid under 35 U.S.C. 101, the Court should not enter final judgment in favor of the Defendants. |
| 4 | |
| 5 | |
| 6 | |
| 7 | The Parties jointly state that they are not aware of any reasons why, in light of the Court's findings that claims 1-6, 9-15, and 26-31 are invalid under 35 U.S.C. 101,[1] the Court should not enter final judgment in favor of Defendants.[2] |
| 8 | |
| 9 | |

---

[1] Although not all Defendants in the non-stayed consolidated cases moved for summary judgment, Plaintiff acknowledges that the Court's ruling is applicable to such cases. Due to the consolidated nature of these cases, Plaintiff has no objection to final judgment being entered in all such cases, provided it is without prejudice to Plaintiff's ability to appeal the invalidity determination relative to all cases for which a final judgment is entered.

[2] Plaintiff respectfully intends to appeal the Court's summary judgment ruling and the final judgment resulting therefrom, and this joint status report should not be deemed a waiver of Plaintiff's appellate rights.

- 5 -

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 5, 2013 | /s/ *John J. Edmonds* |
| 3 | | John J. Edmonds |
| 4 | | |
| 5 | | COLLINS EDMONDS POGORZELSKI SCHLATHER & TOWER PLLC |
| 6 | | |
| 7 | | Attorney for Plaintiff DIGITECH IMAGE TECHNOLOGIES, LLC |
| 8 | | |
| 9 | | |
| 10 | | /s/ *Joshua M. Masur* |
| 11 | | Joshua M. Masur (Cal. Bar No. 203510) masur@turnerboyd.com |
| 12 | | Turner Boyd LLP 2570 W. El Camino Real, Suite 380 |
| 13 | | Mountain View, California 94040 Telephone: (650) 521-5930 |
| 14 | | Facsimile: (650) 521-5931 |
| 15 | | Attorneys for Defendants ASUS Computer International, |
| 16 | | ASUSTeK Computer Inc., and General Imaging Company |
| 17 | | |
| 18 | | |
| 19 | | /s/ *Mark C. Johnson* Mark C. Johnson |
| 20 | | (admitted *pro hac vice*) Kyle B. Fleming |
| 21 | | (California Bar No. 166386) Renner, Otto, Boisselle & Sklar, llp |
| 22 | | 1621 Euclid Avenue, Nineteenth Floor Cleveland, Ohio 44115 |
| 23 | | Telephone: 216.621.1113 Facsimile: 216.621.6165 |
| 24 | | *Attorneys for Victor Hasselblad AB and Hasselblad USA, Inc.* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | |
| 2 | */s/Scott D. Stimpson*<br>Scott D. Stimpson |
| 3 | (admitted *pro hac vice*)<br>sstimpson@sillscummis.com |
| 4 | SILLS CUMMIS & GROSS P.C.<br>30 Rockefeller Plaza |
| 5 | New York, NY 10112<br>Telephone: (212) 643-7000 |
| 6 | Facsimile: (212) 643-6500 |
| 7 | *Attorneys for Defendants* |
| 8 | *CASIO AMERICA, INC. and*<br>*CASIO COMPUTER CO., LTD.* |
| 9 | |
| 10 | /s/ K. Tom Kohan<br>K. Tom Kohan, Esq.; SBN: 225420 |
| 11 | KOHAN LAW FIRM<br>445 South Figueroa Street, 27th Floor |
| 12 | Los Angeles, California 90071<br>Tel: (310) 349-1111 |
| 13 | Fax: (213) 612-7715<br>Email: tom@kohanlawfirm.com |
| 14 | /s/ Ezra Sutton |
| 15 | Ezra Sutton, Esq.<br>900 Route 9 North, Suite 201 |
| 16 | Woodbridge, New Jersey 07095<br>Tel; (732) 634-3520 |
| 17 | Fax: (732) 634-3511<br>Email: esutton@ezrasutton.com |
| 18 | *Attorneys for Sakar International, Inc.* |
| 19 | |
| 20 | /s/ William C. Rooklidge |
| 21 | William C. Rooklidge (SBN 134483)<br>wrooklidge@jonesday.com |
| 22 | Frank P. Coté (SBN 204529)<br>fcote@jonesday.com |
| 23 | Mark L. Blake (SBN 253511)<br>mblake@jonesday.com |
| 24 | Jones Day<br>3161 Michelson Drive, Suite 800 |
| 25 | Irvine, CA 92612.4408<br>Telephone: (949) 851-3939 |
| 26 | Facsimile: (949) 553-7539 |
| 27 | Attorneys for Defendant |
| 28 | Electronics For Imaging, Inc. |

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | /s/ J. Rick Taché |
| 6 | J. Rick Taché<br>Greenberg Traurig LLP |
| 7 | 3161 Michelson Drive Suite 1000<br>Irvine, CA 92612 |
| 8 | 949-732-6500<br>Fax: 949-732-6501 |
| 9 | Email: tacher@gtlaw.com |
| 10 | Attorneys for Defendants and<br>Counterclaimants |
| 11 | Mamiya America Corporation and<br>Leaf Imaging, Ltd |
| 12 | |
| 13 | |
| 14 | /s/ Daniel A. Sasse |
| 15 | Daniel A. Sasse (SBN 236234)<br>dsasse@crowell.com |
| 16 | CROWELL & MORING LLP<br>3 Park Plaza, 20th Floor |
| 17 | Irvine, CA 92614-8505<br>Telephone: 949-263-8400<br>Facsimile: 949-263-8414 |
| 18 | Attorneys for Defendants Leica |
| 19 | Camera Inc. and Leica Camera AG |
| 20 | /s/ Christopher P. Broderick |
| 21 | CHRISTOPHER P. BRODERICK<br>(SBN 180254) |
| 22 | cbroderick@orrick.com |
| 23 | ORRICK, HERRINGTON &<br>SUTCLIFFE LLP |
| 24 | 777 South Figueroa Street, Suite 3200 |
| 25 | Los Angeles, California 90017<br>Telephone: +1-213-629-2020 |
| 26 | Facsimile: +1-213-612-2499 |
| 27 | Attorney for Defendant<br>FUJIFILM Corporation |
| 28 | |

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | /s/ Christopher P. Broderick |
| | CHRISTOPHER P. BRODERICK |
| 6 | (SBN 180254) |
| | cbroderick@orrick.com |
| 7 | ORRICK, HERRINGTON & |
| 8 | SUTCLIFFE LLP |
| | 777 South Figueroa Street, Suite 3200 |
| 9 | Los Angeles, California 90017 |
| | Telephone: +1-213-629-2020 |
| 10 | Facsimile: +1-213-612-2499 |
| 11 | Attorney for Defendants |
| | Sigma Corporation and Sigma |
| 12 | Corporation of America |
| 13 | |
| 14 | /s/ Christopher P. Broderick |
| | CHRISTOPHER P. BRODERICK |
| 15 | (SBN 180254) |
| 16 | cbroderick@orrick.com |
| | ORRICK, HERRINGTON & |
| 17 | SUTCLIFFE LLP |
| 18 | 777 South Figueroa Street, Suite 3200 |
| | Los Angeles, California 90017 |
| 19 | Telephone: +1-213-629-2020 |
| 20 | Facsimile: +1-213-612-2499 |
| | Attorney for Defendants |
| 21 | Pentax Ricoh Imaging Co., Ltd.; |
| 22 | Pentax Ricoh Imaging Americas |
| | Corporation; Ricoh Company, Ltd.; |
| 23 | and Ricoh Americas Corp. |
| 24 | |
| 25 | /s/ Christopher P. Broderick |
| | CHRISTOPHER P. BRODERICK |
| 26 | (SBN 180254) |
| 27 | cbroderick@orrick.com |
| | ORRICK, HERRINGTON & |
| 28 | SUTCLIFFE LLP |

777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499
Attorney for Defendant
Konica Minolta Business Solutions, U.S.A., Inc.

/s/ Christopher P. Broderick
CHRISTOPHER P. BRODERICK (SBN 180254)
cbroderick@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499
Attorney for Defendants
Nikon Corporation and Nikon Inc.

*/s/ Katrina M. Quicker*
Katrina M. Quicker (*pro hac vice*)
BALLARD SPAHR LLP
999 Peachtree Street NE
Suite 1000
Atlanta, Georgia 30309
Telephone: 678-420-9300
Fax: 678-420-9301
Attorney for Defendant XEROX Corporation

## **CERTIFICATE OF SERVICE**

I, John J. Edmonds, declare as follows:

I am over the age of eighteen years and am not a party to this action. I am employed at the law firm of Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC and I am a member of the bar of this Court. I hereby certify that on August 5, 2013 the following document:

JOINT STATUS REPORT

was sent on August 5, 2013 via the Court's CM/ECF system to all counsel of record in this action.

August 5, 2013                    /s/ *John J. Edmonds*
                                  John J. Edmonds

- 11 -