Annette Kazmerski
annette.a.kazmerski@newegg.com
SBN 211364
Newegg Inc.
16839 East Gale Avenue
City of Industry, California 91745
Telephone (626) 271-9700
Facsimile (626) 271-9480

Kent. E. Baldauf, Jr.
kbaldaufjr@webblaw.com
Cecilia R. Dickson
cdickson@webblaw.com
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd.
Suite 1200
Pittsburgh, PA 15222
Telephone (412) 471-8815
Facsimile (412) 471-4094

Attorneys for Defendants
Newegg Inc. and Newegg.com Inc. and
Counter-Plaintiff Newegg Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Digitech Image Technologies, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>Newegg Inc. and Newegg.com Inc.,<br><br>    Defendants,<br><br>********************************<br><br>Newegg Inc.,<br><br>    Counter-Plaintiff,<br><br>vs.<br><br>Digitech Image Technologies, LLC,<br><br>    Counter-Defendant. | Case No.: SACV12-01688 ODW (MRWx)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF DIGITECH IMAGE TECHNOLOGIES, LLC'S MOTION FOR SANCTIONS**<br><br>Honorable Otis D. Wright, II<br><br>Hearing Date: September 23, 2013<br>Hearing Time: 1:30 p.m.<br>Location: Courtroom 11<br>312 North Spring Street<br>Los Angeles, California 90012-4701 |

## ORDER

The Court, having considered the papers and the arguments of counsel, finds that Plaintiff Digitech Image Technologies, LLC's Motion for Sanctions is **DENIED**.

It is further **ORDERED** that Newegg Inc. be awarded attorneys' fees required to address Digitech's Motion for Sanctions, said amount to be provided to the Court and Digitech within seven (7) days of this Order. Said award is to be paid within fourteen (14) days of this Order.

SO **ORDERED**

Dated: _____        _____
                                    HONORABLE OTIS D. WRIGHT, II
                                    UNITED STATES DISTRICT JUDGE