# *Exhibit 1*

Exhibit 1 - Newegg's Opposition to Plaintiff's Motion for Sanctions - 14
SACV12-01688 ODW (MRWx)

Annette Kazmerski
annette.a.kazmerski@newegg.com
SBN 211364
Newegg Inc.
16839 East Gale Avenue
City of Industry, California 91745
Telephone (626) 271-9700
Facsimile (626) 271-9480

Kent. E. Baldauf, Jr.
kbaldaufjr@webblaw.com
Cecilia R. Dickson
cdickson@webblaw.com
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd.
Suite 1200
Pittsburgh, PA 15222
Telephone (412) 471-8815
Facsimile (412) 471-4094

Attorneys for Defendants
Newegg Inc. and Newegg.com Inc. and
Counter-Plaintiff Newegg Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Digitech Image Technologies, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>Newegg Inc. and Newegg.com Inc.,<br><br>    Defendants,<br>*******************************<br>Newegg Inc.,<br><br>    Counter-Plaintiff,<br><br>vs.<br><br>Digitech Image Technologies, LLC,<br><br>    Counter-Defendant. | Case No.: SACV12-01688 ODW (MRWx)<br><br>**DECLARATION OF CECILIA R. DICKSON IN SUPPORT OF DEFENDANT AND COUNTER-PLAINTIFF NEWEGG INC. AND DEFENDANT NEWEGG.COM INC.'S OPPOSITION TO MOTION FOR SANCTIONS**<br><br>Honorable Otis D. Wright, II |

# DECLARATION OF CECILIA R. DICKSON IN SUPPORT OF NEWEGG'S OPPOSITION TO MOTION FOR SANCTIONS

I, Cecilia R. Dickson, declare as follows:

1. I am counsel for Newegg in the above-captioned matter.

2. I am a Senior Associate of The Webb Law Firm located in Pittsburgh, Pennsylvania.

3. At the request of Plaintiff's counsel, The Webb Law Firm undertook a review of the Newegg bill set issued by The Webb Law Firm for this matter to reasonably estimate how much was expended on the preparation of the counterclaim against Acacia and the subsequent motion to dismiss briefing process.

4. Counsel for Newegg has confirmed that Mr. Fauth did not bill Newegg for performing any services identified in paragraph 3 of this Declaration.

5. In reviewing the bill set issued by The Webb Law Firm, The Webb Law Firm has determined that the amount of fees fairly attributable to the Acacia counterclaim and motion to dismiss briefing is $13,816.24 .

6. This amount was calculated by identifying time entries that exclusively addressed the services identified in paragraph 3 of this Declaration.

7. For several entries that included multiple tasks (including work performed in relation to the services identified in paragraph 3 of this Declaration), The Webb Law Firm has only included half of those amounts in the calculation of the fees fairly attributable to performing the services identified in paragraph 3 of this Declaration.

8. This case was handled with the appropriate level of diligence and concern for costs and efficiencies.

9. Furthermore, the billing rates for Newegg's attorneys are reasonable for patent litigation counsel in California and nationally.

1       10.    The total fees and costs incurred on behalf of Newegg in performing the services identified in paragraph 3 of this Declaration are in line with, and significantly below, the total fees and costs billed on average in patent infringement cases in California and nationally for cases of this size.

      11.    Specific detail can be provided to the Court for *in camera* inspection, in the form of a highlighted bill set reflecting the entries included within this amount in their entirety and those that were discounted by half in light of the inclusion of other activities in a particular bill entry.

      Executed this 30th day of August, 2013 in Pittsburgh, Pennsylvania.

_____
Cecilia R. Dickson

Exhibit 1 - Newegg's Opposition to Plaintiff's Motion for Sanctions - 17

SACV12-01688 ODW (MRWx)