# *Exhibit 2*

Exhibit 2 - Newegg's Opposition to Plaintiff's Motion for Sanctions - 18
SACV12-01688 ODW (MRWx)

## Cecilia R. Dickson

**From:** Cecilia R. Dickson
**Sent:** Friday, October 26, 2012 1:53 PM
**To:** jedmonds@cepiplaw.com
**Cc:** Jody Burgess
**Subject:** Digitech Image Technologies, LLC v. Newegg Inc., Newegg.com Inc. : Request to Accept Service

Counsel- Yesterday, Newegg filed its Answer, Affirmative Defenses and Counterclaim in response to your Complaint. Newegg also named Acacia Research Corporation as a counter-defendant. If you will be serving as counsel for Acacia, are you willing to accept service on behalf of Acacia? Please let me know, otherwise we will plan on serving Acacia next week. Cecilia



**Cecilia R. Dickson | Attorney at Law**
The Webb Law Firm
One Gateway Center | 420 Ft. Duquesne Blvd., Suite 1200 | Pittsburgh, PA 15222
P 412.471.8815 | F 412.471.4094 | CDickson@webblaw.com