# Table of Exhibits

1. **Exhibit 1 – Declaration of John J. Edmonds**

2. **Exhibit 2 – Order Denying Newegg's Declaration of Exceptional Case and Award of Attorneys' Fees in *Site Update Solutions, LLC v. Accor N. Am., Inc.*, 11-3306 PSG, 2013 WL 2238626 (N.D. Cal. May 21, 2013)**

3. **Exhibit 3 – Order Denying Newegg's Declaration of Exceptional Case and Award of Attorneys' Fees in *Site Update Solutions, LLC v. Accor N. Am., Inc.*, 11-3306 PSG, 2013 WL 2238626 (N.D. Cal. May 21, 2013)**

4. **Exhibit 4 – Newegg's Motion for Attorneys' Fees in *e.Digital Corporation v. Creative Labs, Inc., et al.*, Case No. 12-cv-2879 (N.D. Cal June 11, 2013)**

5. **Exhibit 5 – Letter sent to John J. Edmonds from Cecilia R. Dickson**

6. **Exhibit 6 – Micro Electronics, Inc.'s Memorandum in Support of its Motion to Stay in *Digitech Image Technologies, LLC v. Micro Electronics, Inc.*, Case No. 8:12-cv-01686, Dkt. No. 15 (C.D. Cal. November 29, 2012.)**

7. **Exhibit 7 – Newegg's Memorandum in Support of its Motion to Stay, Dkt. No. 24**

8. **Exhibit 8 - Article entitled "KSR the 5th Anniverary: One Supremely Obvious Mess."**

9. **Exhibit 9 – Article entitled "Michel: US 101 Law is a Mess"**

10. **Exhibit 10 – Article entitled "Federal Circuit Makes a Mess of Software Patents"**

11. **Exhibit 11 – Atricle entitled "Federal Circuit Makes a Mess of Software Patents"**

12. **Exhibit 12 – Article entitled "MySpace – Eschewing a 'Murky Mess'"**

13. **Exhibit 13 – Letter from John J. Edmonds to Cecilia R. Dickson**