John J. Edmonds (State Bar No. 274200)
jedmonds@cepiplaw.com
COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1851 East First Street, Suite 900
Santa Ana, California 92705
Telephone: (951) 708-1237
Facsimile: (951) 824-7901

Attorney for Plaintiff,
**DIGITECH IMAGE TECHNOLOGIES, LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>         Plaintiff,<br>   v.<br>NEWEGG, INC. and NEWEGG.COM, INC.<br>         Defendants. | CASE NO.: SACV12-01688 ODW (MRWx)<br><br>**DECLARATION OF JOHN J. EDMONDS IN SUPPORT OF DIGITECH'S RESPONSE IN OPPOSITION TO NEWEGG'S MOTION FOR FEES**<br><br>**[REDACTED]**<br><br>Honorable Otis D. Wright, II |
|---|---|

I, **John J. Edmonds**, declare under the penalty of perjury as follows:

1. My name is John J. Edmonds. I am over the age of twenty-one (21) years, am competent to testify on the matters stated herein, have personal knowledge of the facts and statements in this declaration and declare that each of the facts is true and correct.

- 1 -

Case No.: 3:12-cv-02930-BEN-RBB

2. I am a shareholder at the law firm of Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC and am a counsel of record for Plaintiff Digitech Image Technologies, LLC ("Digitech") in the above-reference matter.

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████

4. Attached as Exhibit 2 to Digitech's Response is a true and accurate copy of the Order Denying Newegg's Declaration of Exceptional Case and Award of Attorneys' Fees in *Site Update Solutions, LLC v. Accor N. Am., Inc.*, 11-3306 PSG, 2013 WL 2238626 (N.D. Cal. May 21, 2013).

5. Attached as Exhibit 3 to Digitech's Response is a true and accurate copy of the Order Denying Newegg's Motion for Declaration of Exceptional Case in *Adjustacam, LLC v. Amazon.com, Inc., et al.*, No. 6:10-cv-00329-LED (E.D. Texas October 19, 2013).

6. Attached as Exhibit 4 to Digitech's Response is a true and accurate copy of Newegg's Motion for Attorneys' Fees in *e.Digital Corporation v. Creative Labs, Inc., et al.*, Case No. 12-cv-2879 (N.D. Cal June 11, 2013).

7. Attached as Exhibit 5 to Digitech's Response is a true and accurate copy of the letter sent to John J. Edmonds from Cecilia R. Dickson with relevant portions highlighted.

8. Attached as Exhibit 6 to Digitech's Response is a true and accurate copy of Micro Electronics, Inc.'s Memorandum in Support of its Motion to Stay in *Digitech Image Technologies, LLC v. Micro Electronics, Inc.*, Case No. 8:12-cv-01686, Dkt. No. 15 (C.D. Cal. November 29, 2012.).

9. Attached as Exhibit 7 to Digitech's Response is a true and accurate copy of Newegg's Memorandum in Support of its Motion to Stay, Dkt. No. 24.

10. Attached as Exhibit 8 to Digitech's Response is a true and accurate copy of the article entitled "KSR the 5th Anniverary: One Supremely Obvious Mess." Found at www.ipwatchdog.com/ 2012 /04/29 /ksr-the-5th-anniversary-one-supremely-obvious-mess/id=24456/

11. Attached as Exhibit 9 to Digitech's Response is a true and accurate copy of the article entitled "Michel: US 101 Law is a Mess" found at www.managingip.com/Article/ 2675025/Michel-US-101-law-is-a-mess.html.

12. Attached as Exhibit 10 to Digitech's Response is a true and accurate copy of the article entitled "Federal Circuit Makes a Mess of Software Patents" found at patentlawcenter.pli.edu/2013/05/13/federal-circuit-makes-mess-of-software-patents/.

13. Attached as Exhibit 11 to Digitech's Response is a true and accurate copy of the article entitled "SCOTUS in Myria: Federal Circuit doesn't know what's patent-eligible" found at blogs.reuters.com/alison-frankel/2013/06/13/scotus-in-myriad-federal-circuit-doesnt-know-whats-patent-eligible/.

14. Attached as Exhibit 12 to Digitech's Response is a true and accurate copy of the article entitled "MySpace – Eschewing a "Murky Mess" found at www.ipfrontline.com/depts/printabletemplate.aspx?id=26723.

15. Attached as Exhibit 13 to Digitech's Response is a true and accurate copy of the Letter from John J. Edmonds to Cecilia R. Dickson.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Houston, Texas on August 30, 2013.

John J. Edmonds

- 4 -

Case No.: 3:12-cv-02930-BEN-RBB