# Managing Intellectual Property
## The Global IP Resource

## MICHEL: US 101 LAW IS A MESS

*21 September 2010* | Eileen McDermott, New York

**Retired Federal Circuit chief judge Paul Michel said on Monday that US law on patentability is a mess, and his decision in Bilski was misunderstood**

Michel made his views clear during a keynote address at a George Washington University Law School event organised by former USPTO solicitor John Whealan.

Since his retirement in June, Michel has been speaking out about the need for judicial reform and other issues.

The former chief judge made six observations about the state of section 101 analysis (the section of the US statute that defines patent eligibility) which have been impeding progress in the area of patentable subject matter.



Michel said: 1) the law is highly undeveloped, unclear and unpredictable in this area; 2) both the CAFC and the Supreme Court have been "trapped…

 Only subscribers have complete access to Managing IP Magazine, log in or subscribe now.

Alternatively take a free trial, giving you 48-hour access to Managing IP Magazine (some articles and surveys may be excluded).

### Subscribe Now

This article is available to subscribers. Please click subscribe to read the rest of the article.



## Take a free trial

Please take a free 48-hour trial to gain limited access. Some articles and surveys may be excluded.

**Take a free trial** ▶



THE MATERIAL ON THIS SITE IS FOR FINANCIAL INSTITUTIONS, PROFESSIONAL INVESTORS AND THEIR PROFESSIONAL ADVISERS. IT IS FOR INFORMATION ONLY. PLEASE READ OUR AND BEFORE USING THE SITE. ALL MATERIAL SUBJECT TO STRICTLY ENFORCED COPYRIGHT LAWS. © 2013 EUROMONEY INSTITUTIONAL INVESTOR PLC. FOR HELP PLEASE.