UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>　　　Plaintiff,<br><br>　v.<br><br>NEWEGG, INC. and NEWEGG.COM, INC.<br><br>　　　Defendants. | CASE NO.: SACV12-01688 ODW (MRWx)<br><br>**[PROPOSED] ORDER GRANTING DIGITECH IMAGE TECHNOLOGIES, LLC'S APPLICATION PURSUANT TO LOCAL RULE 79-5.1 TO FILE UNDER SEAL: DIGITECH'S RESPONSE IN OPPOSITION TO NEWEGG'S MOTION FOR FEES AND EXHIBIT 1 -DECLARATION OF JOHN J. EDMONDS**<br><br>Honorable Otis D. Wright, II<br><br>Hearing Date: September 23, 2013<br>Hearing Time: 1:30 p.m.<br>Location: Courtroom 11<br>312 North Spring Street<br>Los Angeles, California 90012-4701 |

- 1 -

Case No.: 3:12-cv-02930-BEN-RBB

1  Having considered Plaintiff Digitech Image Technologies, LLC's ("Digitech")
2  Application to File Under Seal, and good cause being shown, the COURT hereby
3
4  ORDERS the following document be filed under seal
5
   - **DIGITECH'S RESPONSE IN OPPOSITION TO NEWEGG'S
6  MOTION FOR FEES**
7
   - **Exhibit 1 – Declaration of John J. Edmonds**
8
9  **IT IS SO ORDERED**

10 Dated:_____           _____
11                                        Hon. Otis D. Wright, II