UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 12-01688-ODW (MRWx) | Date | September 3, 2013 |
|---|---|---|---|
| Title | Digitech Image Technologies LLC v. Newegg Inc et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | | None Present |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:**    (IN CHAMBERS)   Order Vacating Hearing on MOTION for Attorney Fees  [41]; MOTION for Sanctions [45]

The hearing on the above-referenced motions, scheduled for September 23, 2013 at 1:30 P.M., are hereby **VACATED** and taken off calendar.  No appearances are necessary.

The matter stands submitted, and will be decided upon without oral argument. An order will issue.

IT IS SO ORDERED.

:    00

Initials of Preparer    SE