UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br>v.<br><br>NEWEGG, INC. and NEWEGG.COM, INC.<br>Defendants. | CASE SACV12-01688- ODW (MRWx)<br><br>**ORDER GRANTING DIGITECH IMAGE TECHNOLOGIES, LLC'S APPLICATION PURSUANT TO LOCAL RULE 79-5.1 TO FILE UNDER SEAL: DIGITECH'S RESPONSE IN OPPOSITION TO NEWEGG'S MOTION FOR FEES AND EXHIBIT 1 -DECLARATION OF JOHN J. EDMONDS**<br><br>Honorable Otis D. Wright, II<br><br>Hearing Date: September 23, 2013<br>Hearing Time: 1:30 p.m. |

Having considered Plaintiff Digitech Image Technologies, LLC's ("Digitech") Application to File Under Seal, and good cause being shown, the COURT hereby ORDERS the following document be filed under seal:

- 1 -

- **DIGITECH'S RESPONSE IN OPPOSITION TO NEWEGG'S MOTION FOR FEES**

- **Exhibit 1 – Declaration of John J. Edmonds**

**IT IS SO ORDERED**

Dated: September 5, 2013

_____

Hon. Otis D. Wright, II