FORM 22.  Transcript Purchase Order

# United States Court of Appeals for the Federal Circuit

Digitech Image Technologies, LLC

) Appeal from   ☑ U.S. District Court for  CD California
             ☐ Court of International Trade
             ☐ Court of Federal Claims

—VERSUS—

Electronics for Imaging, Inc., et al.

) TRIAL COURT NO.  See Attached Exhibit A
) CIRCUIT COURT NO.  See Attached Exhibit B

TRANSCRIPT PURCHASE ORDER
(See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

PART I -   TO BE COMPLETED BY THE APPELLANT WITHIN 14 DAYS OF FILING OF NOTICE OF APPEAL.
When filing this form, distribute copies as follows: 3 copies to the court reporter; 1 copy to the Trial Court; 1 copy to the appellee; 1 copy retained by appellant.

   A. Complete one of the following:
       (      ) A transcript is not needed for the appeal
       (  ✓  ) A transcript is already on file
       (      ) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars):

       Note: voir dire and closing arguments are not prepared unless specifically requested.

       Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.

   B. I certify that financial arrangements have been made with the reporter. Payment is by:
       (  ✓  ) Private Funds
       (      ) Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED  /s/ John J. Edmonds     DATE  09/12/13   COUNSEL FOR  Digitech Image Technologies
ADDRESS  1851 East First Street, Suite 900, Santa Ana, California 92705
TELEPHONE  (951) 708-1237

PART II -  TO BE COMPLETED BY THE COURT REPORTER
2 copies retained by the reporter; 1 copy to be transmitted to the Court of Appeals on same date transcript order is received.
Date Purchase Order received: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that satisfactory financial arrangements have/have not (strike one) been completed with appellant for payment of the cost of the transcript.

_____
Signature and Date
Telephone  _____

PART III -  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.
(To be completed by court reporter on date of filing transcript in Trial Court and this notification must be forwarded to Court of Appeals on the same date.)
This is to certify that the transcript has been completed. _____ volumes of transcript have been filed with the Trial Court today.

_____    _____
Date                                Signature

146                          Reset Fields

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

Transcript order form for each of the following cases:

a. *Digitech Image Technologies LLC v. Electronics for Imaging, Inc.* (8:12-cv-1324-ODW-MRWx);
b. *Digitech Image Technologies LLC v. Buy.Com, Inc.* (8:12-cv-1668-ODW-MRWx);
c. *Digitech Image Technologies LLC v. B and H Foto and Electronics Corp.* (8:12-cv-1671-ODW-MRWx);
d. *Digitech Image Technologies LLC v. Sakar International, Inc.* (8:12-cv-1673-ODW-MRWx);
e. *Digitech Image Technologies LLC v. Mamiya Digital Imaging Co., Ltd.; Leaf Imaging, Ltd.; Mamiya America Corp.* (8:12-cv-1675-ODW-MRWx);
f. *Digitech Image Technologies LLC v. Leica Camera AG; Leica Camera, Inc.* (8:12-cv-1677-ODW-MRWx);
g. *Digitech Image Technologies LLC v. Fujifilm Corp.* (8:12-cv-1679-ODW-MRWx);
h. *Digitech Image Technologies LLC v. General Imaging Co.* (8:12-cv-1680-ODW-MRWx);
i. *Digitech Image Technologies LLC v. Sigma Corp.; Sigma Corp. of America* (8:12-cv-1681-ODW-MRWx);
j. *Digitech Image Technologies LLC v. Micro Electronics, Inc.* (8:12-cv-1686-ODW-MRWx);
k. *Digitech Image Technologies LLC v. Overstock.com, Inc.* (8:12-cv-1687-ODW-MRWx);
l. *Digitech Image Technologies LLC v. Newegg, Inc.; Newegg.com, Inc.* (8:12-cv-1688-ODW-MRWx);
m. *Digitech Image Technologies LLC v. Pentax Ricoh Imaging Co., Ltd.; Pentax Ricoh Imaging Americas Corp.; Ricoh Co., Ltd.; Ricoh Americas Corp.* (8:12-cv-1689-ODW-MRWx);
n. *Digitech Image Technologies LLC v. Xerox Corp. (8:12-cv-1693-ODW-MRWx)*;
o. *Digitech Image Technologies LLC v. Konica Minolta Business Solutions USA, Inc.* (8:12-cv-1694-ODW-MRWx);
p. *Digitech Image Technologies LLC v. CDW LLC* (8:12-cv-1695-ODW-MRWx);

q. *Digitech Image Technologies LLC v. Victor Hasselblad AB; Hasselblad USA, Inc.* (8:12-cv-1696-ODW-MRWx);

s. *Digitech Image Technologies LLC v. Asus Computer International; Asustek Computer, Inc.* (8:12-cv-2122-ODW-MRWx); and

t. *Digitech Image Technologies LLC v. Toshiba Corp.; Toshiba America, Inc.; Toshiba America Business Solutions, Inc.; Toshiba America Information Systems, Inc.* (8:12-cv-2127-ODW-MRWx)

# EXHIBIT B
# OFFICIAL FEDERAL CIRCUIT CAPTION

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

---

Case Nos. 2013-1600, -1601, -1602, -1603, -1604, -1605, -1606, -1607, -1608,
-1609, -1610, -1611, -1612, -1613, -1614, -1615, -1616, -1617, -1618

---

DIGITECH IMAGE TECHNOLOGIES, LLC,

                Plaintiff-Appellant,

v.

ELECTRONICS FOR IMAGING, INC.,

                Defendant-Appellee,
and

BUY.COM, INC.,

                Defendant-Appellee,
and

B AND H FOTO AND ELECTRONICS CORP.,

                Defendant-Appellee,
and

SAKAR INTERNATIONAL, INC. (doing business as Vivitar),

                Defendant-Appellee,
and

MAMIYA DIGITAL IMAGING CO., LTD.,
LEAF IMAGING, LTD. (doing business as Mamiyaleaf),
and MAMIYA AMERICA CORPORATION,

                Defendants-Appellees,

and

LEICA CAMERA AG and LEICA CAMERA, INC.,

                Defendants-Appellees,

and

FUJIFILM CORPORATION,

                Defendant-Appellee,

and

GENERAL IMAGING COMPANY,

                Defendant-Appellee,

and

SIGMA CORPORATION and
SIGMA CORPORATION OF AMERICA,

                Defendants-Appellees,

and

MICRO ELECTRONICS, INC. (doing business as Micro Center),

                Defendant-Appellee,

and

OVERSTOCK.COM, INC.,

                Defendant-Appellee,

and

NEWEGG, INC. and NEWEGG.COM, INC.,

                Defendants-Appellees,

and

PENTAX RICOH IMAGING CO., LTD.,
PENTAX RICOH IMAGING AMERICAS CORPORATION,
RICOH COMPANY, LTD., and RICOH AMERICAS CORPORATION,

                Defendants-Appellees,

and

XEROX CORPORATION,

                                            Defendant-Appellee,

and

KONICA MINOLTA BUSINESS SOLUTIONS USA, INC.,

                                            Defendant-Appellee,

and

CDW LLC,

                                            Defendant-Appellee,

and

VICTOR HASSELBLAD AB and
HASSELBLAD USA, INC.,

                                            Defendants-Appellees,

and

ASUS COMPUTER INTERNATIONAL and
ASUSTEK COMPUTER, INC.,

                                            Defendants-Appellees,

and

TOSHIBA CORPORATION, TOSHIBA AMERICA, INC.,
TOSHIBA AMERICA BUSINESS SOLUTIONS, INC., and
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,

                                            Defendants-Appellees.